- 1 -

Your Name: SEAN-LYONS: JOHNSON

Address: PO Box 22025 Oakland CA 94623

Phone Number: 510-753-7507 / 626 5828

Fax Number:

E-mail Address: LyonstoneTrust @ Gmail, com

Pro Se Plaintiff

**FILED**

NOV -2 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYON STONE TRUST <br> SEAN-LYONS: JOHNSON <br> Plaintiff, <br> vs. WElls FARGO + Co. <br> MicHael P. SanTomassimo <br> M. Peters <br> Andrea R. <br> Jessica H. <br> Defendant. | Case Number C22-06783 *[leave blank]* <br><br> **COMPLAINT** <br><br> DEMAND FOR JURY TRIAL <br> Yes ☑ No ☐ |

**PARTIES**

1. Plaintiff. *[Write your name, address, and phone number. Add a page for additional plaintiffs.]*

Name: SEAN-LYONS: JOHNSON BENE

Address: PO Box 22025 OAKLAND CA 94623

Telephone: 510-753-7507 / 626-5828

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – Rev. 05/2017]*

1      2. Defendants. [*Write each defendant's full name, address, and phone number.*]

2    Defendant 1:

3    Name:    MICHAEL P. SANTOMASSIMO (CFO)

4    Address:    420 MONTGOMERY ST SAN FRANCISCO CA 94104

5    Telephone:

6

7    Defendant 2:

8    Name:    M PETERS (CBR)

9    Address:    MAC P6055-012 PO BOX 6995 Portland, OR 97228-6995

10    Telephone:    515-461-4145 or 1-800-869-3557

11

12    Defendant 3:

13    Name:    ANDREA R. AND JESSICA H.

14    Address:    ENTERPRISE COMPLAINT MANAGEMENT OFFICE
PO BOX 5133 SIOUX FALLS, SD 57117

15    Telephone:    515-461-4145

16

17    **JURISDICTION**

18    [*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

19    3. My case belongs in federal court

20    ☑ under <u>federal question jurisdiction</u> because it is involves a federal law or right.

21    [*Which federal law or right is involved?*] N I ACT UNDER SECTION 138

22    .

23    ☑ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the

24    defendants <u>and</u> the amount of damages is more than $75,000.

25

26

27

28

COMPLAINT

PAGE ___ OF ___ [*JDC TEMPLATE – Rev. 05/2017*]

- 3 -

## VENUE

*[The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma.  If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit.  Check the box for each venue option that applies.]*

4.     Venue is appropriate in this Court because:

☐   a substantial part of the events I am suing about happened in this district.

☑   a substantial part of the property I am suing about is located in this district.

☐   I am suing the U.S. government, federal agency, or federal official in his or her

official capacity <u>and</u> I live in this district.

☐   at least one defendant is located in this District and any other defendants are

located in California.

## INTRADISTRICT ASSIGNMENT

*[This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka.  First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties.  The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties.  The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.]*

5.     Because this lawsuit arose in <u>(1) CONTRA COSTA</u>     County, it should be

assigned to the <u>SAN FRANCISCO</u>     Division of this Court.

## STATEMENT OF FACTS

*[Write a short and simple description of the facts of your case.  Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.]*

1. ON OR ABOUT THE 11 OF MAY, 2022 I THE PLAINTIFF SEAN-LYONS: JOHNSON ARRIVED FOR AN APPOINTMENT AT THE MONTCLAIR VILLAGE WELLS FARGO BRANCH TO NOTARIZE OF CERTIFY NEGOTIABLE NON-PROMISSORY NOTE RE 211 781 776 US BY BANKER JANE BUDESA THAT INFORMED ME DURING OUR APPOINT-

COMPLAINT
PAGE ___ OF ___  *[JDC TEMPLATE – Rev. 05/2017]*

1   2. THAT SHE NEEDED A COPY OF THE LETTER OF CREDIT/
2   PROMISSORY NOTE, BASED ON POLICY THAT THE DOCUMENTATION THAT
3   WAS NOTARIZED HAD AN CHIEF EXECUTIVE NAME AND BRANCH
4   ADDRESS ON IT, AND SHE WOULD SEND THIS COPY TO WELL FARGO
5   LEGAL DIVISION. BANKER JANE BUDESA MADE COPIES AND FAX HER
6   3. COPY AND PRESENTED ME A SET. ON OR ABOUT THE 12th
7   OF MAY 2022 I RECIEVED AN EMAIL FROM WELLS FARGO UPDATING
8   MY ADDRESS INFORMATION. AND, I MAILED BY REGISTERD MAIL RE 211
9   781 776 US "WHICH IS ALSO THE BOND NUMBER" OF THE INSTRUMENT
10  TO MICHAEL P. SANTOMASSIMO 420 MONTGOMERY ST SAN FRANCISCO CA
11  4. 94104 AT 9:41 AM THIS ITEM WAS DELIVERED ON 5/16/2022 AT
12  09:41:00 AND SIGN BY AUNG AUNG. VALUE OF THE NEGOTIABLE
13  INSTRUMENT WAS $250,000.00 EFFECTIVE IMMEDIATELY AFTER CREATION
14  DATE MAY 9, 2022. PROMISE TO PAY TO WELLS FARGO BANK MICHAEL A
15  SANTOMASSIMO TO CREDIT ACCOUNT NUMBER 9908845986 AND PAY TO
16  5. THE ORDER OF SEAN-JOHNSON BEARER TRANSFER AGENT
17  THE INSTRUMENT WAS SIGNED AND INDORSED BY THE PLAINTIFF IN
18  GOOD FAITH. WITH 1099-C, OID AND 1096, 1040-V TRUST ACCOUNT
19  INFORMATION WITH WIRE DEPOSIT INFORMATION NOTARIZED BY
20  WELLS FARGO. ON OR ABOUT THE 18th OF MAY 2022. M. PETERS
21  6. CORRESPONDENCE LETTER STATED THE DOCUMENTS
22  PRESENTED DID NOT CONSTITUTE A VALID NEGOTIABLE INSTRUM
23  ENT AND CANNOT BE ACCEPTED FOR DEPOSIT OR NEGOTIATION
24  WITHOUT THE RETURN OF MY DOCUMENTATION / PROMISSORY NOTE
25  NOR DID M. PETERS IN HIS RESPONCES REFER BY TITLE 12 - BANKS AND
26  //
27  //
28

COMPLAINT
PAGE ___ OF ___ *[JDC TEMPLATE – Rev. 05/2017]*

7. BANKING NOR THE Uniform Commercial Code. WHAT CONSTITUTE A VALID NEGOTIABLE INSTRUMENT. I CALLED THE 1 800 869-3557 AND ASKED FOR M PETERS AND NO ONE KNOWS WHO HE IS. On or ABOUT THE 19th OF MAY 2022 I THE PLAINTIFF SENT BY Registered MAIL RE211781780 US AND US. BOND NUMBER LST INVOICE NUMBER 0001 VALUED AT $100,000.00 ISSUE DATE 05/

8. 15/2022 TO WELLS FARGO Company AND Bank TO MICHAEL P. SANTOMASSIMO AT 2020 MONTGOMERY ST SAN FRANCISCO CA 94104 BOND ORDER TO PAY TO THE ORDER OF ACCOUNT NUMBER 325-----1639 TO MONEKA L. YATES SIGNED AND INDORSED BY THE PLAINTIFF both SIDE OF THE INSTRUMENTS WITH REQUIRED TREASURY IRS FORMS AND TRUST IN-

9. FORMATION TO ACCESS MY TREASURY ACCOUNT FOR THIS TRANSACTION. WELLS FARGO PREVENTION DIRECTOR/CEO WAS SENT ALL TRUST ACCOUNT INFORMATION AND TREASURY ACCOUNT INFORMATION ON APRIL 18, 2022 FOR VERIFICATION OF THE US TREASURY PRIVATE OFFSET ACCOUNT PROVIDING MY SECURITIES OF COLLATERAL

10. THAT EACH NEGOTIABLE INSTRUMENTS WAS CREATED FROM; THE PREVENTION CENTER IN SIOUX FALLS SD IS THE INVESTIGATIVE AND LEGAL DEPARTMENT OVER ANY FRAUDULANT ACCOUNTS PERTAINING TO WELLS FARGO, CHIEF FINANCIAL OFFICER MICHAEL P. SANTOMASSIMO OF WELLS FARGO THAT THE INSTRUMENTS/BONDS WHERE ASSIGNED TO

11. IS THE FIDUCIARY OF MY US TREASURY ACCOUNT AND OVER THE FINANCIAL DIVISION OF MY WELLS FARGO ACCOUNTS THIS WAS DONE IN GOOD FAITH. On or ABOUT MAY 12, 2022 I, SEAN-LYONS: JOHNSON SENT BY CERTIFIED MAIL; DELIVERED MAY 16, 2022 TO WELLS FARGO PO BOX 5733 SIOUX FALLS SD 57117 A CHECK PAY TO

//
//

COMPLAINT

PAGE ___

[JDC TEMPLATE – Rev. 05/2017]

- 8 -

*[Copy this page and insert it where you need additional space.]*

12. THE ORDER OF SEAN-JOHNSON: $ 607. DOLLARS FROM a MARY WANG OSKAMP, TRUSTEE FROM AN BANK OF AMERICA ACCOUNT FOR A DEPOSIT REFUND, ON THE 11th OF MAY 2022 AFTER MY APPOINTMENT WITH THE NORTARY I WAS ASSISTED BY A NOTHER BANKER ON MY CONCERNS OF MS OSKAMP'S CHECK, I CONTACTED SIOUX FALLS CUSTOMER SERVICE NUMBER BY CELL PHONE & SPOKE TO AN WELLS FARGO CUSTOMER SERVICE REP; THAT THE ADVICE

13. WAS TO MAIL THE CHECK IN WITH A COPY OF WHAT YOU RECIEVED IN THE SIOUX FALLS ADDRESS AND IF THERE IS NO FRAUDULANCE WITH THE CHECK IT WOULD BE CREDITED TO YOUR ACCOUNT. AFTER CALLS AND ENQUIRIES, I'VE HAVEN'T RECIEVED ANY INFORMATION PERTAINING I MADE TO THIS DEPOSIT. AND NO ONE I TALK TO KNOWS ANYTHING ABOUT MY DEPOSITS! AND WHY MY ACCOUNT IS NOT CREATED? ON OR ABOUT THE 13th OF JUNE

14. 2021 LYON STONE TRUST SENT WELLS FARGO A DEMAND LETTER FOR BOTH NEGOTIABLE INSTRUMENT REGISTERED BOND NUMBER'S RE211781776US AND RE211781780US VALUED AT $ 250,000 AND $ 100,000 DATED MAY 9, 2022 AND MAY 19, 2022 THE DEMMAND LETTER WAS DELIVERED JUNE 15, 2022 RECIEVED BY AUNG AUNG. ON OR ABOUT THE 27th OF JUNE 2022 WELLS FARGO ASSIGNS CASE # 06202206 177910089 EXECUTIVE OFFICE CASE SPECIALIST ANDREA R. IN RESPONSE TO DEM-

15. MAND LETTER STATING THAT THEY ARE LOOKING INTO THE MATTER REQUESTING 10 DAYS; AFTER 10 DAYS I CALLED MS. ANDREA R. AND SHARED WITH HER MY COMPLAINT BY REASON OF THE DEMMAND LETTER; MS ANDREA R STATED THAT SHE WAS LIMITED ONLY TO THE LETTER AND NOT A COPY OF THE INSTRUMENTS DEMMAND I SENT ALONG WITH THE LETTER! AND ALSO STATED THAT RE211781780US WAS INSTRUMENT NOT RECIEVED AND TO CHECK WITH USPOS ABOUT THE LOCATION OF IT. AND SHE

16. WOULD DO THE SAME AND TO CALL BACK IN 3 DAYS. WITH IN THAT TIME FRAME I CONTACTED THE UNITED STATES POSTAL SERVICE SERVICE REQUEST # 41223859 STATED THAT THEY WILL INVESTIGATE THE MATTER

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*

*[Copy this page and insert it where you need additional space.]*

17. OF REGISTERED MAIL # RE 211 781 780 US AGENT HARLEY PALA GANAS 24 HOURS LATER UNITED STATES POSTAL SERVICE AGENT SHIRLEY GUARDADO CONFIRMED ITEM DELIVERED AND SIGNED BY WELLS FARGO FACILITY A. ALONG A CALLER FOR 420 MONTGOMERY WELLS FARGO DATED 06/07/2022 AFTER 3 DAY I CALLED BANKER MS ANDREA R. SHE STATED THAT HER DEPARTMENT DIDN'T LOCATE ANY MORE DOCUMENTATION REGAURDING MY DEMMUND LETTER

18. I INFORMED HER THAT RE 281 781 780 US WAS DELIVERED AND SIGNED BANKER ANDREA R. STATED THAT THEIR DEPARTMENT DIDN'T RECIEVE ANYTHING ELSE AND WANTED TO SEE THE INSTRUMENT OF CREDIT THAT WAS SENT. I STATED THAT I SENT THE ORIGINAL AND 2 COPIES OF THE NON-NEGOTIABLE INSTRUMENTS WITH THE DEMMAND LETTER TO THE 420 MONT-GOMERY ADDRESS FOR WELLS FARGO & COMPANY ALONG WITH ALL OTHER DOCU-

19. MENTATION. ON OR ABOUT THE 10th DAY OF JUNE 2022 LYON STONE TRUST SENT REGISTERED NOTICE OF NI ACT UNDER SECTION 138 RE 211 781 855 US PERTAINNING TO THE NEGOTIABLE INSTRUMENTS RE 211 781 776 US AND RE 211 781 780 US DATED MAY 9, 2022 AND MAY 19, 2022 FOR THE AMOUNT OF $250,000.00 And $100,000.00 ON OR ABOUT THE 12th OF JULY 2022 WELLS FARGO'S FINDINGS WERE FOR ME TO DISCONTINUE SENDING LETTERS THAT HAVE NO LEGAL BASIS AND THEY WERE

20. STILL UNABLE TO LOCATE THESE ITEMS SENT BY ANDREA R. OF SIOUXFALLS. AFTER READING WELLS FARGO'S FINDINGS I CALLED BANK MS ANDREA R. AND EX-PLAINED THAT I'VE JUST BEEN TRYING TO DO BUSINESS WITH MY FINANCIAL INSTITUT-ION, I ASKED THAT IF THERE WHERE ANY PROTOCAL PERTAINNING AS TO WELLS FARGO FOR ME TO TRANSFER, WIRE, DEPOSIT FUNDS/CREDITS FROM ONE ACCOUNT TO ANOTHER, OR HOW DOES WELLS FARGO EXCEPT NEGOTIABLE INSTRUMENTS, LETTERS OF CREDIT OR PROMISSORY NOTES, BANKER

21. ANDREA R. STATED THAT SHE WOULD DISCUSS THIS WITH HER MANAGER. ON OR ABOUT THE 3RD OF AUG, 2020 EXECUTIVE OFFICE CASE SPECIALIST JESSICA H FROM ENTER-PRISE COMPLAINT MANAGEMENT OFFICE WELLS FARGO DENYING THAT THE ADDRESS

*[Copy this page and insert it where you need additional space.]*

22. THE NEGOTIABLE INSTRUMENT WAS SENT TO HAS ANY CONNECTION TO WELLS FARGO AND TO CONTACTED THE UNITED STATES POSTAL SERVICE; WHICH I DID AND THEY (USPS) CONFIRM DELIVERY OF BOTH ITEMS, AND LETTER FROM M PETERS OF WELLS FARGO SIOUXFALLS STATING THAT WELLS FARGO HAD THEM IN THEIR POSSESSION BUT DID NOT CONSTITUTE AND NEGOTIABLE INSTRUMENT AND CANNOT BE DEPOSITED NOR NEGOTIATED.

23. IN REGARDS TO WELLS FARGO PROCEDURES OF DEPOSITING LETTERS OF CREDIT, PROMISSORY NOTES, SECURITY INSTRUMENT THERE WAS NOTHING AS TO A RIGHT OR WRONG WAY OF DEPOSIT? IT STATED IN THE RESPONSE TO INQUIRE THE US TREASURY ON A PREFERRED METHOD OF TRANSMISSION I ALSO CALLED THE US TREASURY AND THE (OCC) OFFICE OF THE COMPTROLLER OF THE CURRENCY; WHICH INFORMED ME THAT IF I HAVE AN

24. ACCOUNT WITH ANY FDIC APPROVED BANK THAT ANY LETTER OF CREDIT AND US TREASURY OBLIGATION BONDS, SECURITY, BILL OF EXCHANGE TRADE ACCEPTANCE, BANK NOTES EXPORT, BY ENDORSEMENT, WHICH BALANCE THE FEDERAL RESERVE BANK-CITY, FEDERAL RESERVE NOTES IMPORT SUBSCRIBED, ON THE OTHER SIDE, AS DEBIT ASSET AND CREDIT LIABILITY, CANCELLING EACH OTHER OUT TO A ZERO BALANCE OF WHICH I ASSUME I ESTABLISHED WITH WELLS FARGO.

25. ACCOUNT; "HJR192 KNOWN AS PUBLIC LAW 73-10, DISCLOSED PROVISIONS OF OBLIGATIONS WHICH PURPORTED TO GIVE THE OBLIGEE A RIGHT TO PAYMENT, IN GOLD, OR A PARTICULAR CURRENCY, WHEREAS EVERY OBLIGATIONS DISCHARGED UPON PAYMENT THING OWEN, TO PAY FROM A DEBIT ASSET DOLLAR, FOR CREDIT LIABILITY DOLLAR, WHICH AT THE TIME IS A LEGAL TENDER, FOR PUBLIC AND PRIVATE

26. DEBITS WRITTEN DEBT IN MERCANTILE LANGUAGE, THE DEBIT SIDE OF A ACCOUNT TO CREDIT. LYON STONE TRUST d/b/a SEANLYONS: JOHNSON FEELS WELLS FARGO IS EMBEZZLING THESE NEGOTIABLE INSTRUMENTS

COMPLAINT

**CLAIMS**

**First Claim**

(*Name the law or right violated:* 15 U.S. CODE - 1693h - LIABILITY OF FINANCIAL INSTITUTION

(*Name the defendants who violated it:* MICHAEL P.S. M. PETERS ANDREA R. JESSICA H. )

[*Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.*]

1 . 15USC-1693h(a)(1)(2). 1 M. PETER'S LETTER STATING THE DOCUMENTS
UCC 3-115 Incomplete Instrument
DID NOT CONSTITUTE A VALID NEGOTIABLE INSTRUMENT AND THE CONFIRMATION FROM THE

UNITED STATES POSTAL SERVICE THAT BOTH ITEMS WERE DELIVERED AND SIGNED BY AN
Proves possession
WELLS FARGO CALLER/REP. 15USC-1693h(a) ACTION OR FAILURE TO ACT PROXIMATELY

2 . CAUSING DAMAGE A FINANCIAL INSTITUTION shall be liable to a

consumer for all damages proximately caused by (1) THE FINANCIAL INSTITUTION's

FAILURE TO MAKE AN ELECTRONIC FUND TRANSFER, IN ACCORDANCE WITH the terms and

conditions of an account, IN THE CORRECT AMOUNT OR IN A TIMELY manner

3 . WHEN properly INSTRUCTED to do so by the consumer. THE BOND

ORDER CLEARLY STATES PURSUANT 12 USC -411 DEMAND FOR LAWFUL MONEY AND
(1)
PAY to THE ORDER OF PERSONS AND ACCOUNT NUMBERS with the AMOUNT INVOLVED

AND DATE transfer to be INITIATED (2) THE TYPE of transfer (3) PERSON AND

4 . ACCOUNT NUMBER with the financial Institution (4) IDENTITY of third

party to whom or from whom funds are transferred; (5) AND LOCATION AND IDENT-

fication of the terminal INVOLVED 15 USC-1693 d- Documentation of transfers

UCC 3-111 PLACE OF PAYMENT ARTICLE 4, AN instrument is payable at the

5 . place of PAYMENT STATED IN THE INSTRUMENT. AN INSTRUMENT IS PAY-

able at the address of the DRAWEE OR MAKER STATED in the Instrument. Which

WAS 420 montgomery St SAN FRANCISCO CA TO BE PAYABLE TO SEAN JOHNSON;
for PAYMENT.
AND MONEKA L. YATES WITH ACCOUNT Information (1 THIS violates UCC-3-110(a)(c)

//

1
2  _____ **Claim**
(Name the law or right violated: EMBEZZLEMENT    IDENTIFICATION OF PERSONS
UCC-3-110 (a)(c)(1)(2)(i) To Whom Instrument is Payable

3  (Name the defendants who violated it: Michael P.S. M PETERS )

4   6 . (c) A person to whom an instrument is payable may be identified in

5  any way, Including by Name, Identifying number, office or, Account number

6  for the purpose of determined holder of an instrument. UCC-3-109(a)(1)(3)(b)

7  (i)(ii)(c) An Instrument payable to bearer may become payable to an identified person

8  ____ . if it is specially indorsed pursuant to section 3-205(a). An instrument

9  payable to an identified person may become payable to bearer if its is indorsed in blank

10  pursuant to section 3-205(b). EACH instrument was signed and indorsed to

11  Wells Fargo This was the purpose of the Notary or certification All documents must be

12  ____ . signed in the presents of a Notary with identification of the signer. This

13  was done with both instruments. Both instrument's Bond order states effective imm-
it was created MAY 9, 2022 a MAY 15, 2022

14  ediately after date. WE promise to pay to Wells Fargo a company CFO Michael P.S at

15  Location 420 montgomery St SAN Francisco CA for the Amount valued on each in-
(a)

16  ____ . strument. This violates UCC-3-108 Payable on Demand or at Definite

17  Time (a) A promise or order is "PAYABLE ON DEMAND" if it (1) states that it is payable

18  on demand or at sight, or otherwise indicates that it is payable at the will of the

19  holder This violates UCC-3-113 DATE of Instrument (a) An Instrument may be

20  ____ . Antedated or postdated. Date of Instrument determines the time of

21  payment, if the instrument is payable at a fixed period after date. Each instrument
(iii)

22  was given an 3% interest rate. UCC-3-112 INTEREST (a)(b) (ii) interest on an

23  interest-bearing instrument is payable from date of the instrument. THE Position

24  ____ . of WELLS FARGO of THE TRUST GRANTED BY LYON STONE TRUST

25  THE OWNER of the Instrument to CONVERT THE PROPERTY TO THE

26  EMBEZZLER's Possession and control Pursuant 12 USC - 411 of the Bond

27  Order NOT for them to take it!

28

COMPLAINT
PAGE ___ OF ___ [JDC TEMPLATE - 05/17]

# DEMAND FOR RELIEF

*[State what you want the Court to do.  Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something.  If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]*

_____. ESTABLISHED IN 1933 UNDER H J R 192 AND EXERCISED BY ACTORS, AGENTS, AND FIDUCIARIES OF EVERY COMMERCIAL TRANSACTION BY COMMER-CIAL BANKING INSTITUTIONS SINCE THAT DATE WITH THE "ABROGATION OF THE GOLD CLAUSE", DAMAGES EQUAL TO DOUBLE THE AMOUNT OF THE NEGOTIABLE DEBT INSTRUMENT (UNDER CIVIL ACTION) OR TRIPLE THE AMOUNT (UNDER ADMIRALTY) JURISDICTION). THE CONTEMP CHARGES WOULD BE BASED UPON USC TITLE 15 SECTION 1 & 2. DEMAND FOR RELIEF IS FOR $ 704,200.00

# DEMAND FOR JURY TRIAL

*[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]*

☑ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 10/17/2022   Sign Name: Sean-Lyons: Johnson Bene

Print Name: SEAN-LYONS: JOHNSON BENE

COMPLAINT
PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*

*[Copy this page and insert it where you need additional space.]*

1

2   ____.  _____

3   _____

4   _____

5   _____

6   _____

7   _____

8   ____.  _____

9   _____

10  _____

11  _____

12  _____

13  _____

14  ____.  _____

15  _____

16  _____

17  _____

18  _____

19  _____

20  ____.  _____

21  _____

22  _____

23  _____

24  _____

25  _____

26  ____.  _____

27  _____

28  _____

COMPLAINT
PAGE ____ OF ____ *[JDC TEMPLATE – 05/17]*



Enterprise Complaints Management Office
PO Box 5133
Sioux Falls, SD 57117

June 27, 2022

Sean Johnson
PO Box 22025
Oakland, CA 94632

Subject: We received your concerns
Case number: 06202206277910089

Dear Sean Johnson:

Thank you for sharing your concerns with us. We know this needs our attention, and we're looking into it for you.

**What's next**

We'll respond within 10 business days from the date you contacted us. If we need more time to research and respond to you, we'll let you know.

**We need your help**

In order to resolve this inquiry, we need your assistance to help us verify your identity.
- Please call Andrea R. at 515-461-4145, Monday through Friday from 7:30 a.m. to 4:00 p.m. Central Time.
- If we do not hear from you, or if we are unable to verify your identity, we will send you a response requesting additional information.

**We're here to help**

We appreciate the time and effort you took to contact us. If you have questions, please contact us at 515-461-4145. We're ready to help you Monday through Friday from 8:00 a.m. to 5:00 p.m. Central Time. We accept telecommunications relay service calls.

Sincerely,

Andrea R.
Executive Office Case Specialist
Enterprise Complaints Management Office

We may collect personal data as part of the complaint resolution process. For the categories of personal data that Wells Fargo may collect and how we use it, see the Wells Fargo California Consumer Privacy Act Notice at Collection at https://www.wellsfargo.com/privacy-security/notice-of-data-collection/. See additional Wells Fargo privacy notices at https://www.wellsfargo.com/privacy-security/.

© 2021 Wells Fargo Bank, N.A. All rights reserved.

ECMO–BT13_Ack_M_E_122021



**WELLS FARGO**

Customer Correspondence
MAC P6055-012
PO Box 6995
Portland, OR 97228-6995

Sean Johnson
PO Box 22025
Oakland, CA 94623-2025

May 18, 2022

Subject: Your recent correspondence

Dear Sean Johnson:

Thank you for your recent correspondence. We appreciate the opportunity to respond.

We regret the inconvenience; however, the documents presented do not constitute a valid negotiable instrument and cannot be accepted for deposit or negotiation.

If you need further assistance, please cali Wells Fargo Customer Service anytime at 1-800-869-3557 and a Banker will gladly assist you.

Thank you.

Sincerely,

M. Peters
Customer Service Representative
Customer Correspondence

184921247

© 2021 Wells Fargo Bank, N.A. All rights reserved.



**Enterprise Complaints Management Office**
PO Box 5133
Sioux Falls, SD 57117

July 12, 2022

Sean Johnson
PO Box 22025
Oakland, CA 94632

Subject: We're responding to your concerns
Case number: 06202206277910089
Account number ending in: 5986

Dear Sean Johnson:

Thank you for your patience while we looked into your concerns. We've completed our research and are ready to share our findings.

**Regarding the letter you sent**

We want to make sure you are aware that letters, such as the one you sent to us, are sometimes unlawfully advertised, and sold to consumers. If you are using it to avoid paying the balance on an account or other financial obligations, you may wish to consult an attorney or local law enforcement agent. We encourage you to discontinue sending letters that have no legal basis.

**Concerns about your missing deposits**

We were unable to locate any returned checks or items for $100,000.00 or $250,000.00. We apologize we were unable to locate these items. To research your claims, we'll need more information. This will help us better understand the details around what happened. You can write us at the address located at the top of this letter or call the number below. We've closed your case as of the date of this letter, but we'll open a new case when we have enough information to continue researching.

**Moving forward**

Wells Fargo is focused on the best interests of its customers and only providing financial products they want and need. We encourage all customers to apply when they would like to open a given account-type or product, such as a Trust account. Many factors contribute to the decision as to whether or not someone will qualify, and this is determined through the application and screening process.

You can apply for a Trust account and many of our other products by:
- Applying at your local Wells Fargo Bank branch, please visit wellsfargo.com/locator to find a Wells Fargo branch near you
- Applying Online at wellsfargo.com

We may collect personal data as part of the complaint resolution process. For the categories of personal data that Wells Fargo may collect and how we use it, see the Wells Fargo California Consumer Privacy Act Notice at Collection at https://www.wellsfargo.com/privacy-security/notice-of-data-collection/. See additional Wells Fargo privacy notices at https://www.wellsfargo.com/privacy-security/.

© 2021 Wells Fargo Bank, N.A. All rights reserved.

ECMO–BT129_Res_M_E_122021

- Contacting Customer Service at 1-800-869-3557

You'll need to go through the application and screening process. We're sorry for these additional steps.

**How to contact us**

We appreciate your time and effort you took to contact us. If you have questions, please contact us at 515-461-4145. We're ready to help you Monday through Friday from 7:30 a.m. to 4:00 p.m. Central Time. We accept telecommunications relay service calls.

Sincerely,

Andrea R.
Executive Office Case Specialist
Enterprise Complaints Management Office



# California Secretary of State

**Business Programs Division**
1500 11th Street, Sacramento, CA 95814

---

LYON STONE TRUST
PO BOX 22025
OAKLAND, CA  94623

## Notice of Rejection

September 30, 2022

**Document No.:**  0003784832
**Submission Date:**  09/28/2022
**Submission Time:** 11:59 AM

Your Uniform Commercial Code submission has been reviewed and cannot be filed for the following reason(s):

- Your submission is being refused without further action because the Secretary of State's office has determined that the submission may not be filed pursuant to California Government Code section 12181. California Government Code section 12181 provides that the Secretary of State may refuse a filing that it reasonably believes is being requested for an unlawful, false, or fraudulent purpose, to promote or conduct an illegitimate object or purpose, or is being requested or submitted in bad faith or for the purpose of harassing or defrauding a person or entity. Please be advised that this is a final determination by the Secretary of State regarding this submission. Further submissions of this filing, including fees, may not be returned.

### What's Next?

Your payment was processed and will be refunded to you.

If you wish to proceed, for fastest service, you may initiate a new submission by logging into your **biz**file Online account and complete the appropriate online filing submission and pay a new processing fee.

For further assistance, contact us at(916)653-3516 or visit **biz**fileOnline.sos.ca.gov.



Thank you for using **biz**file California, the California Secretary of State's business portal for online filings, searches, business records, and additional resources.

**Dr.Sean Lyons** <aniishione@gmail.com>                                                 9:56 AM (3 hours ag
to me

---------- Forwarded message ---------
From: **uspscustomersupport@usps.gov** <uspscustomersupport@usps.gov>
Date: Thu, Aug 4, 2022 at 9:43 AM
Subject: package delivery [ ref:_00Dj0GyYH._500t011bd2B:ref ]
To: aniishione@gmail.com <aniishione@gmail.com>



## UNITED STATES
## POSTAL SERVICE®

Dear Sean Johnson,

This is in response to your inquiry regarding the delivery of a package.
Please accept our sincere apology for any inconvenience this matter may
have caused you.

The Postal Service is aware of the frustration and disappointment caused
when we do not live up to our commitment of safe and reliable mail
service.

**As per our conversation, the package you are inquiring about was
delivered to a P o Box 63000, San Francisco CA. Signed by Stacy
Thomas on 05/21/22 ,
Then on 06/07/22 the package was scanned picked up by postal
facility by  A Aung who is a caller for Wells Fargo
420 Montgomery**

An apology is no substitute for good service, but I want to offer one on
behalf of the Postal Service.  We appreciate your reporting this matter to
us.  It helps to know the kinds of difficulties our customers have so we can
work toward improvements.  The information you have provided will be
shared with management as they continue their efforts to improve service
performance in your area.

Thank you for the opportunity to address this matter with you.  If you have
any questions, please contact me.

Sincerely,

Shirley Guardado

San Francisco

415-552-2330

Your privacy is important to us.  If you would like additional information on
our privacy policy, please visit us online at: www.usps.com/privacypolicy.
00Xt0000000I11dEAC

ref:_00Dj0GyYH._500t011bd2B:ref

Reply    Forward

**Dr.Sean Lyons** <aniishione@gmail.com>                                    9:56 AM (3 hours ago)
to me

---------- Forwarded message ----------
From: **uspscustomersupport@usps.gov** <uspscustomersupport@usps.gov>
Date: Wed, Aug 3, 2022 at 5:21 PM
Subject: First Contact for Service Request # 41223859 [ ref:_00Dj0GyYH._500t011bd2B:ref ]
To: aniishione@gmail.com <aniishione@gmail.com>



Dear Sean Johnson,

This message is to let you know that we have received your inquiry at the
United States Postal Service®.

After we review and investigate the information you have provided, we will
contact you and work with you until the issue is resolved.

We appreciate your patience while we investigate this matter.

Sincerely,

Harley Palaganas

TOWNSEND CARRIER ANNEX

**********

Your privacy is important to us. If you would like additional information on
our privacy policy, please visit www.usps.com/privacypolicy®.

00Xt0000000xXnZEAU

--- Originally sent by lineofbusinessexecutiveoffice@wellsfargo.com on Aug 3, 2022 4:21 PM ---

**This message was sent securely using Zix®**

Case number: 06202207298214065

Dear Sean Johnson:

Thank you for your patience while we looked into your concerns. We've completed our research and are ready to share our findings.

Based upon the tracking information that was previously provided, the letter of credit that was sent on May 12, 2022, was delivered to an address in San Francisco, CA 94103 at 9:41 a.m. as of May 16, 2022. In addition, the second letter of credit that was sent on May 19, 2022, was delivered to an address in San Francisco, CA 94163 at 6:07 a.m. as of May 21, 2022. At this time, we are unable to confirm the documentation was received by Wells Fargo. If you would like more information as to where the documentation was sent, please contact the United States Postal Service for further assistance.

Regarding your concerns in response to the letter of credit correspondence we sent to you, at this time, we are unable to locate the letter in question. If the letter is in your possession, please forward a copy of the letter to the LineofBusinessExecutiveOffice@wellsfargo.com, and please reference the case number listed above within the email that you are sending, or please visit your local Wells Fargo branch banking location to have it forwarded to our department. If you are to visit your local Wells Fargo branch banking location, we recommend looking at our Wells Fargo locator online at https://www.wellsfargo.com/locator/ to get updates on the status of your local branch, set an appointment with a branch banker, or you may call into your local branch.

To inquire about available options to deposit funds to your Wells Fargo deposit account from the U.S. Treasury, please redirect all your inquiries and concerns to the U.S. Treasury for the preferred method of transmission.

Please allow us to apologize for any frustration you may have experienced. Wells Fargo strives to provide our customers with the most outstanding customer service, and we sincerely apologize that your experience has fallen short of your expectations.

**How to contact us**

We appreciate your time and effort you took to contact us. If you have questions, please contact us at 1-844-819-4748, extension 5324662. We're ready to help you Monday through Friday from 6:30 a.m. to 3:00 p.m. Pacific Time. We accept telecommunications relay service calls.

If you have a problem reading any attachment to this communication (if applicable), please reach out to me as indicated above for assistance.

Sincerely,

Jessica H.

Executive Office Case Specialist

Enterprise Complaints Management Office

For security reasons, please do not respond to this email with any personal or account information.

This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply email and delete this message. Thank you for your cooperation.

We may collect personal data as part of the complaint resolution process. For the categories of personal data that Wells Fargo may collect and how we use it, see the Wells Fargo California Consumer Privacy Act Notice at Collection at https://www.wellsfargo.com/privacy-security/notice-of-data-collection/ . See additional Wells Fargo privacy notices at https://www.wellsfargo.com/privacy-security/ .

© 2022 Wells Fargo Bank, N.A. All rights reserved.

ECMO-BT133_Res_D_E_32022

USPS TRACKING #



9590 9402 7226 1284 6198 20

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Sean-Lyons : Johnson Bune
PO Box 22025
Oakland CA 94623

All Rights Reserved.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wells Fargo
PO Box 5133
Sioux Falls SD 57117

9590 9402 7226 1284 6198 20

2. Article Number (Transfer from service label)

7021 2720 0000 0440 7570

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X   COVID   ☐ Agent
            ☐ Address

B. Received by (Printed Name)   C. Date of Delive
                                MAY 1 6 2022

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restric
   Delivery
☐ Signature Confirmation
☐ Signature Confirmation
   Restricted Delivery

Domestic Return Receip

MARY WANG OSKAMP
199 CALIFORNIA DR # 200
MILLBRAE, CA 94030

*Since 1983*
199 California Drive, Suite 200
Millbrae, California 94030

CERTIFIED MAIL

7020 3160 0001 5536 9798

Sean Johnson
2800 68th Ave #A
Oakland, CA 94605

U.S. POSTAGE PAID
FCM LG ENV
MILLBRAE, CA
94030
APR 19, '22
AMOUNT
$4.33
R2304M114501-8

94605-203200

Mary Wang Oskamp
199 California Dr., #200
Millbrae, CA 94030


April 19, 2022


<u>Via Certified Mail and Hand Delivery</u>

Sean Johnson
2800 68th Ave, Unit A
Oakland, CA. 94605


Re: <u>Deposit Deductions – 2800 68th Ave, Unit A, Oakland, CA 94605</u>

Dear Mr. Johnson:

In accordance with California Civil Code Section 1950.5(f)((2), Landlords hereby provides you with a statement of the repairs and cleanings that are the basis of the deductions from your security deposit within the following categories as specified in California Civil Code Section 1950.5(b)(1)-(4):

    (1)    The repair of damages to the premises, exclusive of ordinary wear and tear, caused by the tenant or by a guest or licensee of the tenant; and

    (2)    The cleaning of the premises upon termination of the tenancy necessary to return the unit to the same level of cleanliness it was in at the inception of the tenancy.

    (3)    Balance of rent.

A.    <u>California Civil Code Section 1950.5(b)(2)</u>. With respect to the deductions pursuant to California Civil Code Section 1950.5(b)(2) and Section 4(B)(ii) of your lease, Landlords are in process of making the following repairs based upon the damages caused by you, the total cost of which is estimated as follows:

| | | |
|---|---|---:|
| 1. | Cleaning entire unit | $120 |
| 2. | Rent from January 01,2022 to April 02, 2022<br>( January-$100, February-$100, March-$1,850, April-$123) | $2,173 |
| 3. | Repairing works and repaint the interior walls | $800 |
| | <u>Total Costs:</u> | $3,093 |

Based upon the foregoing, Landlords are entitled to deduct the total costs from the security deposit.

B.    California Civil Code Section 1950.5(b)(3). With respect to the deductions pursuant to California Civil Code Section 1950.5(b)(3) and Section 4(B)(iii) of your lease, Landlords needed to clean the unit which was included with previous costs.

Based upon the foregoing, Landlord was entitled to deduct a total of $3,093 from the security deposit ($3,700). The balance of the deposit of $607 is refunded with this letter.

Sincerely,

Mary Wang Oskamp
Landlords

A 'SECURITY' [15 USC et seq.]
U.S.S.E.C. TRACER FLAG
(not a point of law - under necessity, per
agreement of the parties and/or in
violation of Bill of Rights - 2nd para.)

Enclosure Check #  5288

Demand for Lawful Money
Pursuant to 12 USC § 411

REFUSED FOR CAUSE
Without Dishonor/UCC 3-501

REFUSED FOR CAUSE
CONSENT NOT GIVEN
PERMISSION DENIED

By Sean-Johnson: Bene
All Rights Reserved

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Alameda
Subscribed and sworn to (or affirmed) before me this  2nd  day
of  May  , 20 22 , by  Sean Johnson
_____ , proved to me on the basis
of satisfactory evidence to be the person(s) who appeared before me.
Signature  Jane Budesa                    (Seal)

JANE BUDESA
COMM. #2285554
NOTARY PUBLIC - CALIFORNIA
ALAMEDA COUNTY
My Commission Expires 05/13/2023

**MARY WANG OSKAMP, TRUSTEE**
199 CALIFORNIA DR STE 200
MILLBRAE, CA 94030-3119

5288

11-35/1210 CA
62584

4/19/2022

DATE

PAY TO THE
ORDER OF Sean Johnson                $ 607.—

Six hundred and seven DOLLARS

**BANK OF AMERICA**

Wealth Management Banking

ACH R/T 121000358

800 68th AVE # A    Deposit
refund

⑆121000358⑆ 00108761326⑈ 5288

USPS TRACKING #



9590 9402 6190 0220 4249 16

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Lyon Stone Trust
Jurisprudent Division
PO Box 22025
Oakland Ca 94623

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Well Fargo Prevention
Contact Center Director/Ceo
N9777-112-FLM
PO Box 5106 Sioux Falls SD
57117

9590 9402 6190 0220 4249 16

2. Article Number (Transfer from service label)

7020 1290 0002 2785 1165

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X   COVID
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

APR 1 8 2022

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☑ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

Form **56-F**
(Rev. December 2021)
Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship of Financial Institution

(Internal Revenue Code sections 6036, 6402, and 6903)
► Go to *www.irs.gov/Form56F* for the latest information.

OMB No. 1545-0013

For IRS Use Only

### Part I   Identification

**1** Name of person for whom you are acting (as shown on the tax return)

By: Sean - Lyons : Johnson

**2** Employer identification number

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

**3** Address of financial institution (number, street, and room or suite no.)

c/o 2800 68th Ave Apt A

**4** City, state, and ZIP code

Oakland Ca 94605

**5** Telephone no.

510-365-6901

**6** Check the applicable box for the type of financial institution:  ☑ Bank   ☐ Thrift

**7** Check here ► ☐ if the financial institution is insolvent.

**8** Enter the ending date of the financial institution's tax year (mo., day, yr.) . . . . . . . . ►

**9** Fiduciary's name

Trustee: Michael P. Santomassimo

**10** Contact person

**11** Address of fiduciary (number, street, and room or suite no.)

420 Montgomery Street

**12** City or town, state, and ZIP code

San Francisco Ca 94104

**13** Telephone no.

415-396-2746

**14** Check the applicable box if the fiduciary is a:
☐ Receiver   ☑ Conservator

**15** Check this box ► ☐ if the financial institution is or was a member of a group filing a consolidated return **and complete lines 16 to 21 below:**
Lines 16 through 21 are to be completed only if the financial institution is or was a member of a group filing a consolidated return.

**16** Name of person for whom you are acting (as shown on the tax return)

**17** Employer identification number

**18** Address of the common parent (number, street, and room or suite no.)

**19** City, state, and ZIP code

**20** Check here ► ☐ if a copy of this form has been sent to the common parent of the group.

**21** Enter the tax year(s) that the financial institution is or was a member of the consolidated group ►

### Part II   Authority

**22** Evidence of fiduciary authority. Check applicable box(es), and attach copy of applicable orders:
**a** ☑ Appointment of conservator      **b** ☐ Replacement of conservator
**c** ☐ Appointment of receiver         **d** ☐ Order of insolvency
**e** ☐ Other evidence of creation of fiduciary relationship (describe) ►

### Part III   Tax Notices

**23** All notices and other written communications with regard to income, employment, and excise taxes of the financial institution (listed on line 1) will be addressed to the fiduciary. Indicate below if other notices and written communications should be addressed to the fiduciary. Include the type of tax, tax periods, or years involved.

1099-A and instructions and 1041

### Part IV   Revocation or Termination of Notice

#### Section A—Total Revocation or Termination

**24** Evidence of termination or revocation of fiduciary authority (Check applicable box(es)):
**a** ☐ Certified copy of court order revoking fiduciary authority attached.
**b** ☐ Copy of certificate of dissolution or termination of a business entity attached.
**c** ☐ Other evidence of termination of fiduciary relationship (describe) ►

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this document, including any accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete.

All Right Reserved

► By: Sean - Lyons : Johnson
Fiduciary's signature

Beneficiary
Title, if applicable

02/10/22
Date

For Paperwork Reduction Act Notice, see back of form.

Cat. No. 12784J

Form **56-F** (Rev. 12-2021)

☐ CORRECTED (if checked)

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0877 | **Acquisition or Abandonment of Secured Property** |
|---|---|---|---|
| *Michael P. Castlemayne* *420 Montgomery Street* *San Francisco, Ca. 94104* | | 20**21** Form **1099-A** | |

| LENDER'S TIN | BORROWER'S TIN | 1 Date of lender's acquisition or knowledge of abandonment | 2 Balance of principal outstanding $ | Copy B For Borrower |
|---|---|---|---|---|
| | *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* | | | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |

| BORROWER'S name *Sean Johnson* | 3 | 4 Fair market value of property $ | |
|---|---|---|---|

Street address (including apt. no.)
*2960 JF2 Ave. APT A*

| 5 If checked, the borrower was personally liable for repayment of the debt ► ☐ |
|---|

City or town, state or province, country, and ZIP or foreign postal code
*Oakland, Ca. 94608*

| 6 Description of property *Home Owner* *Acc.No.* *70449... 328* |
|---|

Account number (see instructions)
*70449...328*

| Form **1099-A** | (keep for your records) | www.irs.gov/Form1099A | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|

# Product Tracking & Reporting

UNITED STATES
POSTAL SERVICE ®

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | USPS Corporate Accounts | August 02, 2022 |

## USPS Tracking Intranet Tracking Number Result

### Result for Domestic Tracking Number RE21 1781 780U S

Tracking Expires On
May 19, 2024

### Destination and Origin

**Destination**

| ZIP Code | City | State |
|---|---|---|
| 941041207 | SAN FRANCISCO | CA |

**Origin**

| ZIP Code | City | State |
|---|---|---|
| 946159997 | OAKLAND | CA |

### Tracking Number Classification

#### Class/Service
| | |
|---|---|
| Class/Service: | First-Class Packages Registered |
| Class of Mail Code/Description: | FC / First Class |

#### Destination Address Information
| | |
|---|---|
| Address: | 420 MONTGOMERY ST |
| City: | SAN FRANCISCO |
| State: | CA |
| 5-Digit ZIP Code: | 94104 |
| 4-Digit ZIP Code add on: | 1207 |
| Delivery Point Code: | 99 |
| Record Type Code: | Building/Apartment |

#### Origin / Return / Pickup Address Information
| | |
|---|---|
| Address: | |
| City: | |
| State: | |
| 5-Digit ZIP Code: | 94615 |
| 4-Digit ZIP Code add on: | 9997 |

#### Service Delivery Information
| | |
|---|---|
| Service Performance Date: | Expected Delivery by: Saturday, 05/21/2022 |
| Delivery Option Indicator: | 1 - Normal Delivery |
| Zone: | 01 |
| PO Box: | N |
| Other Information | Service Calculation Information |

#### Payment
| | |
|---|---|
| Payment Type: | Other Postage |
| Payment Account Number: | 000000000000 |
| Postage: | $1.76 |
| Weight: | 0 lb(s) 4.00 oz(s) |
| Rate Indicator: | SINGLE PIECE - FLAT |

#### Other Information
| | |
|---|---|
| Firm Label ID: | 5114 280D 823F 8549 6394 |

Agent Information

Request Internal USPS Tracking Plus Statement

### Extra Services

### Extra Services Details

| Description | Amount |
|---|---|
| Registered Mail | $14.35 |

## Events

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| ARRIVAL AT UNIT | 07 | 06/04/2022 | 00:51 | SAN FRANCISCO, CA 94188 | Firm Book | MIO 14246D8345 (non-wireless) | Scanned by route 00000000 | 06/04/2022 03:46:06 | PC / OF Reason Code OFD Same Day **Request Delivery Record** Firmbook: 5114246D834586719438 |
| ENROUTE/PROCESSED | 10 | 06/03/2022 | 16:01 | SAN FRANCISCO, CA 941889998 | Scanned | MIO 15107D875B (interface type - wireless) | Scanned by route 94188000 | 06/03/2022 22:13:34 | |
| LISTED ON REGISTERED MAIL DISPATCH BILL | RB | 06/02/2022 | 21:13 | LOS ANGELES, CA 90052 | System Generated | | Scanned by route 90052 | | Registered Dispatch Bill Type: 01 - CONTENTS BILL Registered Dispatch Log: 53030SHLP46486619704 |
| LISTED ON REGISTERED MAIL DISPATCH BILL | RB | 06/02/2022 | 09:59 | LOS ANGELES, CA 90009 | System Generated | | Scanned by route 0009B001 | | Registered Dispatch Bill Type: 02 - FINAL GATE BILL Registered Dispatch Log: 53030SHE611486577947 |
| LISTED ON REGISTERED MAIL DISPATCH BILL | RB | 06/02/2022 | 09:56 | LOS ANGELES, CA 90009 | Scanned | IMD 030SHE8114 (non-wireless) | Scanned by route 0009B001 | 06/02/2022 12:08:14 | Registered Dispatch Bill Type: 01 - CONTENTS BILL Registered Dispatch Log: 53030SHE611486577930 |
| ARRIVAL AT UNIT | 07 | 06/02/2022 | 08:32 | LOS ANGELES, CA 90009B998 | Scanned | IMD 030SHE8114 (non-wireless) | Scanned by route 0009B001 | 06/02/2022 10:53:28 | PC / OF Reason Code OFD Same Day |
| LISTED ON REGISTERED MAIL DISPATCH BILL | RB | 06/01/2022 | 23:23 | SANTA CLARITA, CA 91383 | System Generated | | Scanned by route 99999999 | | Registered Dispatch Bill Type: 01 - CONTENTS BILL Registered Dispatch Log: 5315132D869A86541200 |
| LISTED ON REGISTERED MAIL DISPATCH BILL | RB | 06/01/2022 | 23:22 | SANTA CLARITA, CA 91383 | Scanned | MIO 15132D869A (non-wireless) | Scanned by route 99999999 | 06/02/2022 01:32:05 | Registered Dispatch Bill Type: 01 - CONTENTS BILL Registered Dispatch Log: 5315132D869A86541194 |
| IN TRANSIT TO NEXT FACILITY | NT | 06/01/2022 | 18:10 | | System Generated | | | 06/01/2022 20:22:05 | |
| IN TRANSIT TO NEXT FACILITY | NT | 05/31/2022 | 18:10 | | System Generated | | | 05/31/2022 20:25:37 | |
| IN TRANSIT TO NEXT FACILITY | NT | 05/30/2022 | 18:10 | | System Generated | | | 05/30/2022 20:22:05 | |
| ENROUTE/PROCESSED | 10 | 05/29/2022 | 11:10 | BAKERSFIELD, CA 93380 | Scanned | AFSM100-001-1 | | 05/29/2022 13:14:05 | |
| ENROUTE/PROCESSED | 10 | 05/28/2022 | 13:55 | LOS ANGELES, CA 90052 | Scanned | AFSM100-003-3 | | 05/28/2022 16:04:09 | Container ID: 90100233011823733113 4354 |
| AWAITING DELIVERY SCAN | DX | 05/22/2022 | 00:10 | SAN FRANCISCO, CA 94104 | System Generated | | | 05/22/2022 02:23:13 | |
| OUT FOR DELIVERY | OF | 05/21/2022 | 06:10 | SAN FRANCISCO, CA 94104 | System Generated | | | 05/21/2022 08:17:46 | |
| DELIVERED, PO BOX | 01 | 05/21/2022 | 06:07 | SAN FRANCISCO, CA 94163 | Firm Book | MIO 14280D823F (interface type - wireless) | Scanned by route 0000 | 05/21/2022 08:23:22 | Facility Finance Number: 055789 Firm Name: WELLS FARGO BX 63000 **Request Delivery Record** **View Delivery Signature and Address** Firmbook: 5114280D623F85498394 GEO Location Data Available |
| SORTING/PROCESSING COMPLETE | PC | 05/21/2022 | 06:00 | SAN FRANCISCO, CA 94104 | System Generated | | | 05/21/2022 08:17:44 | |
| ARRIVAL AT UNIT | 07 | 05/20/2022 | 22:06 | SAN FRANCISCO, CA 94188 | Firm Book | MIO 14280D823F (non-wireless) | Scanned by route 00000000 | 05/21/2022 00:27:06 | OFD Next Day Firmbook: 5114280D623F85498394 |
| IN TRANSIT TO NEXT FACILITY | NT | 05/20/2022 | 18:20 | | System Generated | | | 05/20/2022 20:34:07 | |
| ENROUTE/PROCESSED | 10 | 05/19/2022 | 23:20 | SAN FRANCISCO, CA 941889998 | Scanned | MIO 15111D8194 (interface type - wireless) | Scanned by route 00000000 | 05/20/2022 04:45:44 | |
| | RB | 05/19/2022 | 21:10 | OAKLAND, CA 94615 | Scanned | | | 05/19/2022 23:32:04 | Registered Dispatch Bill Type: 01 - |

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|-------|-----------|-----------|-----------|----------|-------------|-----------|--------------|-----------------------------------|-------------------|
| LISTED ON REGISTERED MAIL DISPATCH BILL | | | | | | IMD 030SHNXG1T (non-wireless) | Scanned by route 94615003 | | CONTENTS BILL Registered Dispatch Log: 53030SHNXG1T85409112 |
| LISTED ON REGISTERED MAIL DISPATCH BILL | RB | 05/19/2022 | 20:58 | OAKLAND, CA 94615 | System Generated | | Scanned by route 94615003 | | Registered Dispatch Bill Type: 01 - CONTENTS BILL Registered Dispatch Log: 53030SHNXG1T85409105 |
| ARRIVAL AT UNIT | 07 | 05/19/2022 | 20:23 | OAKLAND, CA 946159997 | Scanned | IMD 030SHJX315 (non-wireless) | Scanned by route 94615003 | 05/20/2022 01:52:07 | PC / OF Reason Code OFD Next Day |
| ACCEPT OR PICKUP | 03 | 05/19/2022 | 17:34 | OAKLAND, CA 946159997 | Scanned | RSS POS | Destined to route C004 | 05/19/2022 20:08:43 | Facility Finance Number: 055508 |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search        Submit

# Product Tracking & Reporting



| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | USPS Corporate Accounts | August 02, 2022 |

## USPS Tracking Intranet

### Delivery Signature and Address

**Tracking Number: RE21 1781 780U S**

This item was delivered on 05/21/2022 at 06:07:00

< Return to Tracking Number View



Enter up to 35 items separated by commas.

Select Search Type:    Quick Search ▾    [ Submit ]

Product Tracking & Reporting, All Rights Reserved
Version: 22.4.1.0.1

# Product Tracking & Reporting

UNITED STATES
POSTAL SERVICE®

Help

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | USPS Corporate Accounts | August 02, 2022 |

## USPS Tracking Intranet Tracking Number Result

**Result for Domestic Tracking Number RE21 1781 776U S**

Tracking Expires On
May 12, 2024

### Destination and Origin

**Destination**

| ZIP Code | City | State |
|----------|------|-------|
| 941041207 | SAN FRANCISCO | CA |

**Origin**

| ZIP Code | City | State |
|----------|------|-------|
| 946159997 | OAKLAND | CA |

### Tracking Number Classification

#### Class/Service

| | |
|---|---|
| Class/Service: | First-Class Packages Registered |
| Class of Mail Code/Description: | FC / First Class |

#### Destination Address Information

| | |
|---|---|
| Address: | 420 MONTGOMERY ST |
| City: | SAN FRANCISCO |
| State: | CA |
| 5-Digit ZIP Code: | 94104 |
| 4-Digit ZIP Code add on: | 1207 |
| Delivery Point Code: | 99 |
| Record Type Code: | Building/Apartment |

#### Origin / Return / Pickup Address Information

| | |
|---|---|
| Address: | |
| City: | |
| State: | |
| 5-Digit ZIP Code: | 94615 |
| 4-Digit ZIP Code add on: | 9997 |

#### Service Delivery Information

| | |
|---|---|
| Service Performance Date: | Expected Delivery by: Saturday, 05/14/2022 |
| Delivery Option Indicator: | 1 - Normal Delivery |
| Zone: | 01 |
| PO Box: | N |
| Other Information | Service Calculation Information |

#### Payment

| | |
|---|---|
| Payment Type: | Other Postage |
| Payment Account Number: | 000000000000 |
| Postage: | $1.76 |
| Weight: | 0 lb(s) 4.00 oz(s) |
| Rate Indicator: | SINGLE PIECE - FLAT |

Agent Information

Request Internal USPS Tracking Plus Statement

### Extra Services

**Extra Services Details**

| Description | Amount |
|-------------|--------|
| Registered Mail | $13.75 |

### Events

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| DELIVERED, INDIVIDUAL PICKED UP AT POSTAL FACILITY | 01 | 05/16/2022 | 09:41 | SAN FRANCISCO, CA 94103 | Scanned | MIO 14234D6748 (interface type - wireless) | Scanned by route 94105 | 05/16/2022 11:51:12 | Facility Finance Number: 056811<br><br>Request Delivery Record<br><br>View Delivery Signature and Address<br><br>GEO Location Data Available |
| HELD AT POST OFFICE AT CUSTOMER REQUEST | 52 | 05/16/2022 | 09:38 | SAN FRANCISCO, CA 94104 | Scanned | MDD TR C178A11760 (interface type - wireless) | Scanned by route 4104C004 | 05/16/2022 11:43:50 | GEO Location Data Available |
| OUT FOR DELIVERY | OF | 05/16/2022 | 06:10 | SAN FRANCISCO, CA 94104 | System Generated | | | 05/16/2022 08:14:09 | |
| SORTING/PROCESSING COMPLETE | PC | 05/16/2022 | 06:00 | SAN FRANCISCO, CA 94104 | System Generated | | | 05/16/2022 08:14:06 | |
| ARRIVAL AT UNIT | 07 | 05/16/2022 | 04:00 | SAN FRANCISCO, CA 94103 | Scanned | PASS-004 | Destined to route C004 | 05/16/2022 06:10:49 | OFD Same Day |
| LISTED ON REGISTERED MAIL DISPATCH BILL | RB | 05/15/2022 | 23:48 | SAN FRANCISCO, CA 94188 | System Generated | | Scanned by route 1234 | | Registered Dispatch Bill Type: 02 - FINAL GATE BILL<br>Registered Dispatch Log: 5315111D819485072811 |
| LISTED ON REGISTERED MAIL DISPATCH BILL | RB | 05/15/2022 | 23:47 | SAN FRANCISCO, CA 94188 | Scanned | MIO 15111D8194 (non-wireless) | Scanned by route 1234 | 05/16/2022 02:42:14 | Registered Dispatch Bill Type: 01 - CONTENTS BILL<br>Registered Dispatch Log: 5315111D619485072804 |
| IN TRANSIT TO NEXT FACILITY | NT | 05/15/2022 | 18:58 | | System Generated | | | 05/15/2022 21:11:03 | |
| IN TRANSIT TO NEXT FACILITY | NT | 05/14/2022 | 18:58 | | System Generated | | | 05/14/2022 21:08:11 | |
| IN TRANSIT TO NEXT FACILITY | NT | 05/13/2022 | 18:58 | | System Generated | | | 05/13/2022 21:08:21 | |
| ENROUTE/PROCESSED | 10 | 05/12/2022 | 23:58 | SAN FRANCISCO, CA 941889998 | Scanned | MIO 14238D83CE (interface type - wireless) | Scanned by route 00000000 | 05/13/2022 06:48:04 | |
| LISTED ON REGISTERED MAIL DISPATCH BILL | RB | 05/12/2022 | 21:19 | OAKLAND, CA 94615 | Scanned | IMD 030SHJX316 (non-wireless) | Scanned by route 94615000 | 05/12/2022 23:30:05 | Registered Dispatch Bill Type: 01 - CONTENTS BILL<br>Registered Dispatch Log: 53030SHJX31684804671 |
| LISTED ON REGISTERED MAIL DISPATCH BILL | RB | 05/12/2022 | 21:09 | OAKLAND, CA 94615 | System Generated | | Scanned by route 94615000 | | Registered Dispatch Bill Type: 01 - CONTENTS BILL<br>Registered Dispatch Log: 53030SHJX31684804664 |
| ARRIVAL AT UNIT | 07 | 05/12/2022 | 20:19 | OAKLAND, CA 946159997 | Scanned | IMD 030SHJX315 (non-wireless) | Scanned by route 94615000 | 05/13/2022 02:08:18 | PC / OF Reason Code<br>OFD Next Day |
| ACCEPT OR PICKUP | 03 | 05/12/2022 | 10:02 | OAKLAND, CA 946159997 | Scanned | RSS POS | Destined to route C004 | 05/12/2022 12:28:04 | Facility Finance Number: 055508 |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search ∨    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 22.4.1.0.1

# Product Tracking & Reporting

UNITED STATES
POSTAL SERVICE®

Help

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | USPS Corporate Accounts | August 02, 2022 |

## USPS Tracking Intranet

## Delivery Signature and Address

**Tracking Number: RE21 1781 776U S**

**This item was delivered on 05/16/2022 at 09:41:00**

< Return to Tracking Number View



Enter up to 35 items separated by commas.

Select Search Type:        Quick Search    ⌄        Submit

Product Tracking & Reporting, All Rights Reserved
Version: 22.4.1.0.1

STATE
Of
CALIFORNIA
Domicile

Sean-Lyons:Johnson NON-UCC Constitutional American
Sovereign/ Secured Party Creditor/ Trustor/Private Jurisprudent
HHIA-012519688614-SLJ

⚠ CONFIDENTIAL

DIPLOMATIC AGREEMENT
with The
UNITED STATES of AMERICA
Codes of Law - 22 U.S. Code § 288a.

:Filed in all Departments and Agencies within the Certified Certificate of Mailing.

# CERTIFICATE OF MAILING

I, _Tosca Francine Johnson_ do hereby solemnly declare, that on _December 14,_ 2009, I did cause to be delivered by Federal Express private courier and/or first class Certified US Mail, a true and correct copy of the foregoing instrument, including true and correct copies of all/any documents referenced therein as "attached hereto", to the parties and locations listed below:



Date: _Dec 14, 2009_

TIMOTHY F. GEITHNER,
SECRETARY OF THE TREASURY
1500 PENNSYLVANIA AVENUE N.W.
WASHINGTON, D.C. 20220
US Certified Mail Tracking No. _0308 2040 0002 4955 4976_

FEDERAL RESERVE WINDOW
20TH AND CONSTITUTION AVE N.W.
WASHINGTON, D.C. 20551
US Certified Mail Tracking No. _0308 2690 0001 3770 3690_

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
COMMISSION HEADQUARTERS
100 F STREET N.E.
WASHINGTON, D.C. 20549
US Certified Mail Tracking No. _0308 2690 0001 3770 3706_

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
RONALD L. CRAWFORD, REGIONAL SECRETARY
OFFICE OF COMPLIANCE INSPECTIONS AND INVESTIGATIONS
3475 LENNOX ROAD N.E., SUITE 1000
ATLANTA, GEORGIA 30326-1232
US Certified Mail Tracking No. _0308 2690 0001 3770 3713_

DOUGLAS SCHULMAN
OFFICE OF THE COMMISSIONER
INTERNAL REVENUE SERVICE
1111 CONSTITUTION AVENUE N.W.
WASHINGTON, D.C. 20224
US Certified Mail Tracking No. 0308 2040 0002 4961 4380

SOCIAL SECURITY ADMINISTRATION
P.O. BOX 33008
BALTIMORE, MARYLAND 21290-3008
US Certified Mail Tracking No. 0308 2690 0001 3770 8053

DEPARTMENT OF TRANSPORTATION
MARY E. PETERS, SECRETARY
1200 NEW JERSEY AVENUE S.E.
WASHINGTON, D.C. 20590
US Certified Mail Tracking No. 0308 2690 0001 3770 8022

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDRAL PLAZA
NEW YORK, NEW YORK 10278-0001
US Certified Mail Tracking No. 0308 2690 0001 3770 8015

UNITED STATES DEPARTMENT OF COMMERCE
DAVID A. SAMPSON, DEPUTY SECRETARY
1401 CONTITUTION AVENUE N.W.
WASHINGTON, D.C. 20230
US Certified Mail Tracking No. 0308 2690 0001 3770 8008

UNITED STATES DEPARTMENT OF COMMERCE
OFFICE OF GENERAL COUNCIL
DEPARTMENT OF ASSISTANCE AND FINANCE LITIGATION
14TH AND CONSTITUTION AVENUE N.W.
MAIL STOP 5875 HCHB
WASHINGTON, D.C. 20230
US Certified Mail Tracking No. 0308 2690 0001 3770 7995

J. RUSSELL GEORGE
U.S. TREASURY - INSPECTOR GENERAL
1500 PENNSYLVANIA AVENUE N.W.
WASHINGTON, D.C. 20220
US Certified Mail Tracking No. 0308 2690 0001 3770 3782

FRANK Y. NG, OR DESIGNEE
DEPUTY COMMISSIONER INTERNATIONAL
P.O. BOX 920
BENSALEM, PA.19020
US Certified Mail Tracking No. 0308 2690 0001 3770 7988

IVY CHESNEY, OR DESIGNEE
DIRECTOR OF INTERNATIONAL OPERETIONS
INTERNAL REVENUE SERVICES
1111 CONSTITUTION AVENUE N.W.
WASHINGTON, D.C. 20224
US Certified Mail Tracking No. 0308 2690 0001 3770 3720

CALIFORNIA STATE DEPARTMENT OF TREASURY
BILL LOCKYER, STATE TREASURER
915 CAPITAL MALL, 1ST FLOOR
SACRAMENTO, CA. 95814
US Certified Mail Tracking No. 0308 2690 0001 3770 3737

CALIFORNIA BUREAU OF VITAL STATISTICS
OFFICE OF VITAL RECORDS
304 S STREET
SACRAMENTO, CA. 95814
US Certified Mail Tracking No. 0308 2690 0001 3770 5744

CALIFORNIA SECRETARY OF STATE
UCC DIVISION
P.O. BOX 942835
SACRAMENTO, CA. 94235-0001
US Certified Mail Tracking No. 0308 2690 0001 3770 3751

CALIFORNIA SECRETARY OF STATE
DEBRA BOWEN, STATE SECRETARY
1500 11TH STREET
SACRAMENTO, CA. 95814
US Certified Mail Tracking No. 0308 2690 0001 3770 3768

U.S. DEPARTMENT OF TRANSPORTATION
ASSISTANT GENERAL COUNSEL FOR
ENVIRONMENTAL, CIVIL RIGHTS, AND GENERAL LAW
ROOM W96-304(C-10), U.S.
M STREET AND NEW JERSEY AVENUE S.E.
WASHINGTON, D.C. 20001
US Certified Mail Tracking No. 0308 2690 0001 3770 3799

JUAN CARLOS MENDEZ TORRES
DEPARTMENT DE HACIENDA
P.O. BOX 9024140
SAN JUAN, PUERTO RICO 00902-414
US Certified Mail Tracking No. 0308 2690 0001 3770 5775



U.S. Postal Service™ Delivery Confirmation Receipt
Postage and Delivery Confirmation fees must be paid before mailing.
Article Sent To: (to be completed by mailer)
(Please Print Clearly)
Postmark Here
PS Form 152, May 2002

DELIVERY CONFIRMATION NUMBER: 0308 2690 0001 3770 7995

DELIVERY CONFIRMATION NUMBER: 0308 2690 0001 3770 3799

DELIVERY CONFIRMATION NUMBER: 0308 2690 0001 3770 3720

DELIVERY CONFIRMATION NUMBER: 0308 2690 0001 3770 3744

DELIVERY CONFIRMATION NUMBER: 0308 2690 0001 3770 3775

DELIVERY CONFIRMATION NUMBER: 0308 2690 0001 3770 3706

DELIVERY CONFIRMATION NUMBER: 0308 2690 0001 3770 3713

DELIVERY CONFIRMATION NUMBER: 0308 2690 0001 3770 3690

DELIVERY CONFIRMATION NUMBER: 0308 2690 0001 3770 8008

DELIVERY CONFIRMATION NUMBER: 0308 2690 0001 3770 8053

DELIVERY CONFIRMATION NUMBER: 0308 2690 0001 3770 8022

DELIVERY CONFIRMATION NUMBER: 0308 2690 0001 3770 7988

DELIVERY CONFIRMATION NUMBER: 0308 2690 0001 3770 3782

DELIVERY CONFIRMATION NUMBER: 0308 2690 0001 3770 3768

DELIVERY CONFIRMATION NUMBER: 0308 2690 0001 3770 8015

DELIVERY CONFIRMATION NUMBER: 0308 2690 0001 3770 3751

DELIVERY CONFIRMATION NUMBER: 0308 2040 0002 4961 4930

DELIVERY CONFIRMATION NUMBER: 0308 2690 0001 3770 3737

**Lyon Stone Trust Jurisprudent Division Proof of Mailing Asseveration Notice:**

California Superior Court, County of Marin Superior Court 3501 Civic Center Dr. San Rafael CA 94903 Shall be added to Asseveration of Mailing Pursaunt 28 U.S.Code-1739.by certified mailing # 7021 2720 0000 0440 7600 and will receive a certified copy of this notice with addition of the above address there on  Public information Act 6253.(a) within 30 days of this notice.

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                    CIVIL CODE § 1189

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
| --- |

State of California            )

County of _Alameda_      )

On _March 21, 2022_ before me, _Jane Budesa, Notary Public_
     Date                               *Here Insert Name and Title of the Officer*

personally appeared _Sean Johnson_
                                   *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

JANE BUDESA
COMM. #2285554
NOTARY PUBLIC - CALIFORNIA
ALAMEDA COUNTY
My Commission Expires 05/13/2023

Signature _Jane Budesa_
                      *Signature of Notary Public*

      *Place Notary Seal Above*
─────────────────────── **OPTIONAL** ───────────────────────
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____ Document Date: _____
Number of Pages: _____ Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General
☐ Individual      ☐ Attorney in Fact
☐ Trustee        ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General
☐ Individual      ☐ Attorney in Fact
☐ Trustee        ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

## CERTIFICATE/ASSEVERATION OF MAILING

I, / or the following, LYON STONE TRUST Legal division  Do Hereby solemnly declare, that on
*IMar 121*, 2022, I/ or the following did cause to be delivered By Federal Express Private Courier
and/or first class Certified US Mail, a true and correct copy of the foregoing instrument, including
true and correct copy of the foregoing instruments/contracts, including true and correct copies of
all/any documents referenced therein as "attached hereto:, to the parties and locations listed
below:

Signed By: *Sean - Lyons: Trustor*
*All Rights Reserved*

Date: *March 21, 2022*

Thumb Print

NOTARY SEAL.                                                    US Certified Mail Tracking No/#'s.

United States District Court, Court Executive Officer
450 Golden Gate Avenue, Box 36060                              7021 2720 0002 0646 7662
San Francisco, CA 94102-3489

US District Court,  Court Executive Officer
1301 Clay St, Oakland, CA 94612                                7021 0350 0000 7055 6258

Office of The United States Trustee
450 Golden Gate Avenue, 5th Floor, Suite #05-0153              7021 2720 0002 0646 7686
San Francisco, CA 94102

San Francisco County Superior Court,  Court Executive Officer
400 McAllister St,                                             7021 2720 0002 0646 8003
San Francisco, CA 94102

Superior Court of California,  Court Executive Officer
Court of Alameda County
.Wiley W. Manuel Courthouse                                    7021 2720 0002 0646 7990
661 Washington St,Oakland Ca 94607

U.S. Marshal: Donald M. O'Keefe U.S. Courthouse    7021 2720 0002 0646 7983
/Phillip Burton Building 450 Golden Gate Avenue, Room 20-6888
San Francisco, CA 94102

Alameda County Sheriff
Administration Office                              7021 2720 0002 0646 7976
1401 Lakeside Drive, 12th Floor
Oakland, CA 94612-4305

California Department of Insurance
Commissioner Ricardo Lara                          7021 2720 0002 0646 7969
1901 Harrison St 6th Floor
Oakland Ca 95814

Board of Supervisors                               7021 2720 0002 0646 7952
1Dr. Carlton B. Goodlett Place
San Francisco 94102

Wells Fargo
Prevention Contact Center Director/CEO             7020 1290 0002 2785 1165
N9777-112-FLM
PO Box 5106 Sioux Falls, SD 57117-5106

National General Director/CEO
PO Box 3199                                        7020 1290 0002 2785 1189
Winston Salem, NC 27102-3199

Federal Bureau of Investigations
450 Golden Gate Avenue 13th Floor                  7020 1290 0002 2785 1110
San Francisco, Ca 94102

Department/Agency: U.S. Department of Justice
Major Organization Subdivision: Tax Division Minor Organization Subdivision: Civil Trial Section -
Eastern Name of Unit: Freedom Of Information Act Unit Street: PO Box 227, Ben Franklin Post Office
City: Washington, D.C.Zip Code: 20044             7021 2720 0002 0646 7679
State:Country: United State

Department/Agency: U.S. Department of Justice     7021 2720 0002 0646 7655
Major Organization Subdivision: Tax Division
Minor Organization Subdivision: Office of Management and Administration
Name of Unit: Office of Information Technology
Street Address: Patrick Henry Building. 601 D Street. N.W.. Room 7144

Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington DC 20530-0001

7020 1290 0002 2785 1219

Chair, Committee on Codes of Conduct
c/o General Counsel
Administrative Office of the United States Courts
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Washington, D.C. 20544
202-502-1100

7021 2720 0002 0646 7754

Attorney General /Attorney General's Office
California Department of Justice
Attn: Public Inquiry Unit
P.O. Box 944255
Sacramento, CA 94244-2550

7021 2720 0002 0646 7747

Office of Administrative Law
300 Capitol Mall, Suite 1250
Sacramento, CA 95814-4339

7021 2720 0002 0646 7730

Department of Financial Protection and Innovation
One Samsome St suite #600
San Francisco Ca 98104-4828

7021 2720 0001 0646 7723

Steve Gordon DMV Director
2415 First Avenue,
Sacramento, CA 95818

7021 0350 0000 7055 6196

Avinesh D. Kumar Postmaster
/PCC 201 13th ST RM212A
OAKLAND CA 94612-9998

7021 0350 0000 7055 6189

Michael J. Hsu OCC Department
1 Front St, San Francisco, CA 94111

7021 2720 0001 0646 7716

Bureau of Automotive Repair

10949 North Mather Blvd. Rancho Cordova. CA 95670

7011 2720 0002 0646 7709

**California Highway Patrol**

3601 Telegraph Ave, Oakland, CA 94609

7011 2720 0002 0646 769.



# California Secretary of State

**Business Programs Division**
1500 11th Street, Sacramento, CA 95814

---

LYON STONE TRUST
PO BOX 22025
OAKLAND, CA  94623

## Notice of Rejection

September 30, 2022

**Document No.:**  0003784832
**Submission Date:**  09/28/2022
**Submission Time:**  11:59 AM

Your Uniform Commercial Code submission has been reviewed and cannot be filed for the following reason(s):

- Your submission is being refused without further action because the Secretary of State's office has determined that the submission may not be filed pursuant to California Government Code section 12181. California Government Code section 12181 provides that the Secretary of State may refuse a filing that it reasonably believes is being requested for an unlawful, false, or fraudulent purpose, to promote or conduct an illegitimate object or purpose, or is being requested or submitted in bad faith or for the purpose of harassing or defrauding a person or entity. Please be advised that this is a final determination by the Secretary of State regarding this submission. Further submissions of this filing, including fees, may not be returned.

***What's Next?***

Your payment was processed and will be refunded to you.

If you wish to proceed, for fastest service, you may initiate a new submission by logging into your **biz**file Online account and complete the appropriate online filing submission and pay a new processing fee.

For further assistance, contact us at(916)653-3516 or visit **biz**fileOnline.sos.ca.gov.



Thank you for using **biz**file California, the California Secretary of State's business portal for online filings, searches, business records, and additional resources.

# Notice of NI Act under Section 138

To Wells Fargo and Company

420 Montgomery Street

San Francisco Ca 94104

CFO Mr. Michael P. Santomassimo

———————————        RE 211 781 855 US

Legal notice under Section 138 of the Negotiable Instrument Act.

Sir,

Under the instructions and authority from our client Sean-Lyons:Johnson having their office at PO Box 22025 Oakland Ca 94623, we serve upon you the following notice of demand under Section 138 of the Negotiable Instruments Act.

The cheque no. RE 211 781 776 US and RE 211 781 780 US dated May 9, 2022 and May 19, 2022 for an amount of $ 250,000.00 and $ 100.000.00 drawn on the San Francisco Wells Fargo and Company branch, was issued by you in lieu of discharge of your financial liabilities to us.

The said cheque was presented for payment, but the same has not been returned by your bank with the endorsement $250,000.00 and $100.000.00. The Bank has not informed us through their cheque return memo dated ?. This fact was brought to your notice by our client vide letter dated June 9,2022.

That in spite of many telephonic reminders by the representative of our client to your office, you failed to make the payment due to our client.

You are now requested to make the payment of the above-said amount immediately in accordance with the provisions of Section 138 of Negotiable Instrument Act failing which criminal proceedings will be initiated against you as contemplated under the above-said section.

This is without prejudice to all other legal rights and remedies available to our client for the above-stated purpose. Kindly take notice.

Yours Truly, Lyon Stone Trust

Date June 9,2022

Name. Sean-Lyons:Johnson
All Rights Reserved

SPC. *Sean-Lyons:Johnson*

Address: PO Box 22025

Oakland Ca 94632

RE 211 781 855 US

# LYON STONE TRUST

## Is Founded on: LOYALTY

Acquisition and Abandonment of Fiduciary obligation

### 1940 act Fiduciary duty

Obligations Components of the federal fiduciary duty under the Advisers Act. ... To fulfill its **duty of loyalty**, an adviser must make full and fair disclosure to its clients of all material facts relating to the advisory relationship, including the capacity in which the firm is acting with respect to the advice provided.

### NOTICE TO AGENT IS NOTICE TO PRINCIPAL

### NOTICE TO PRINCIPAL IS NOTICE TO AGENT

## Letter of Intent

## PERSONAL & CONFIDENTIAL

**Lyon Stone Trust MAILING ADDRESS:** PO BOX 22025 OAKLAND CA 94623

Sean-Lyons:Trustor

June 9, 2022

Greetings Mr. Michael P. Santomassimo CFO of Wells Fargo and Company

\                                                                                                    /

I'm pretty sure by now my name or my trust company precedes itself; so allow me to address my endeavors in the course of this letter. Truly my intent didn't intend this direction of course based on our current terms, my intention was on a greater level of business that brought about this contention in the process of me simply trying to execute a foundation for my trust company. Mr. Santomassimo I'm not writing to you to debate financial regulation nor Federal ones; I'm simply expressing myself as a business man to a CFO business professional. My current interest is private Banking or a financial crediting business through my UCC trust; I'm a creditor through the US treasury that I may ledger securities instruments, Bonds or Letters of credits that are obligated as public tender pursuant HJR-192, 12 USC -391 TITLE 12—BANKS AND BANKING 391 and 12 USC 411.This account is under the administration of Felix Zech of the Analysis and Control Division of the IRS, every security that I ledger I send a copy there so that they are informed a US obligation transaction has been ledgered through my

private offset account, which is scrutinized by the Secret Service, the FBI and Department of Justice, in regards to these instruments Im placed in a position to report what federal regulation I may of imposed or violated to prevented this transaction by the processing financial institution requirements. And when there's no communication it draws negative attention under ambiguous assumptions of fraud, theft, or discrimination violations of laws. Another reason for this letter is that I simply would like peace in regards to business; with an understanding opposed to filing complaints because of protocols and procedures mingled with regulations and time restraints. I sent these securities RE 211 781 776 US and RE 211 781 780 US to you in good faith of business and professionalism despite our differences without an ICC URDG 758 or URR 522 URDG 785: ICC  I'm reaching out to contract terms of relief on both behalf of your company and mine. As gentlemen, I'm hoping that a resolution can clear the air between us. *I really do not desire to go to court if we can come to terms,* because none of this is personal toward you nor your staff members. Its  protocols and procedures mingled with regulations and titles; meaning we do as we are trained to do through our chosen profession governed by protocol procedures regulated by a superior law under whatsoever jurisdiction. In relation to the above, if there are any processing protocols or federal regulation that may prevent the bond order to be processed I'm asking for the opportunity to cure! Mr. Santomassimo I hope that you truly understand my point of view; I have unlimited credit in a multi billion dollar account with the United States Treasury that I chose Wells Fargo to be the financial depository institution for these funds to be placed in an account under my trust to invest in your REEF program as well as the other investment opportunities your company provides. I'm not asking for something that your financial institution does not provide under FDIC or SPIC and at the same time your financial institution will be the true benefactor of this transaction. And at the same time as I'm trying to present this business opportunity to your financial institution, my civil rights were infringed upon by your staff, so here we are. I'm open for suggestions of relief on both our behalf.

Thank You for your time in these matters, I truly hope a diplomatic solution can resolve this major misunderstanding.

/s/ Sean-Lyons:Johnson
Without Prejudice
All Rights Reserved

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of ____ALAMEDA____ )

On _06/10/2022_ before me, _OLUWATOYIN OMOTOSHO_
NOTARY PUBLIC

personally appeared _Sean-Lyons; Johson Bene_ ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____   (Seal)

OLUWATOYIN OMOTOSHO
COMM. # 2336276
NOTARY PUBLIC ● CALIFORNIA
ALAMEDA COUNTY
Comm. Exp. NOV. 17, 2024



A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                                  }

County of _Alameda_                          }

On _May 11, 2022_ (date), before me, _Jane Budesa, Notary Public_ _____ (name and title of officer), personally appeared _Sean Johnson_ (name of subscribing witness), proved to me to be the person whose name is subscribed to the within instrument, as a witness thereto, on the oath of _Sean Johnson_ (name of credible witness), a credible witness who is known to me and provided a satisfactory identifying document _Sean Johnson_ (name of subscribing witness), being by me duly sworn, said that he/she was present and saw/heard _Sean Johnson_ (name[s] of principal[s]), the same person(s) described in and whose name(s) is/are subscribed to the within or attached instrument in his/her/their authorized capacity(ies) as (a) party(ies) thereto, execute or acknowledge executing the same, and that said affiant subscribed his/her name to the within or attached instrument as a witness at the request of _Sean Johnson_ (name[s] of principal[s]).
WITNESS my hand and official seal.

_Jane Budesa_
Notary Public Signature

JANE BUDESA
COMM. #2285554
NOTARY PUBLIC - CALIFORNIA
ALAMEDA COUNTY
My Commission Expires 05/13/2023

(Seal)

—— OPTIONAL INFORMATION ——

### DOCUMENT

_POA - Promissory Note_
(name or type of document)

(number of pages)    _5-9-2022_
(document date)

### SIGNER CAPACITY

_Trustee_
(capacity claimed by the signer)

### NOTICE
THE NOTARY PUBLIC DOES NOT CERTIFY THE AUTHORIZED CAPACITY OF THE SIGNER

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California        }

County of _Alameda_    }

On this the _11_ day of _May_, _2022_
I certify that the attached document is a true, complete and unaltered copy of a power of attorney presented to and examined by me on this date by

_Sean Johnson_

Name of Person Presenting Document
under Section 4307 of the California Probate Code.

_Jane Budesa_
Signature of Notary Public

JANE BUDESA
COMM. #2285554
NOTARY PUBLIC - CALIFORNIA
ALAMEDA COUNTY
My Commission Expires 05/13/2023

(Seal)

———— OPTIONAL INFORMATION ————

DOCUMENT                    SIGNER CAPACITY

_POA - Promissory Note_        _Trustee_
(name or type of document)        (capacity claimed by the signer)

NOTICE
THE NOTARY PUBLIC DOES NOT
CERTIFY THE AUTHORIZED
CAPACITY OF THE SIGNER

_1_          _5-9-2022_
(number of pages)    (document date)



**CALIFORNIA JURAT**
**CERTIFICATE**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California }

County of ___Alameda___ }

Subscribed and sworn to (or affirmed) before me on this __11__ day of __May__, 20__22__

by ___Sean Johnson_____, proved to me on the basis of

satisfactory evidence to be the person(s) who appeared before me.

___Jane Budesa___
Notary Public Signature

> JANE BUDESA
> COMM. #2285554
> NOTARY PUBLIC - CALIFORNIA
> ALAMEDA COUNTY
> My Commission Expires 05/13/2023

(Seal)

─── OPTIONAL INFORMATION ───

### DOCUMENT

___POA - Promissory Note___
(name or type of document)

___1___
(number of pages)

___5-9-2022___
(document date)

### SIGNER CAPACITY

___Trustee___
(capacity claimed by the signer)

NOTICE
THE NOTARY PUBLIC DOES NOT
CERTIFY THE AUTHORIZED
CAPACITY OF THE SIGNER

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                          }

County of _Alameda_                          }

On _May 11, 2022_ before me, _Jane Budesa, Notary Public_
                                          (insert name and title of the officer)

personally appeared _Sean Johnson_

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_Jane Budesa_
Notary Public Signature

JANE BUDESA
COMM. #2285554
NOTARY PUBLIC - CALIFORNIA
ALAMEDA COUNTY
My Commission Expires 05/13/2023

(Seal)

——— OPTIONAL INFORMATION ———

DOCUMENT

_POA - Promissory Note_
(name or type of document)

_1_
(number of pages)

_05-09-2022_
(document date)

SIGNER CAPACITY

_Trustee_
(capacity claimed by the signer)

NOTICE
THE NOTARY PUBLIC DOES NOT
CERTIFY THE AUTHORIZED
CAPACITY OF THE SIGNER

Dear Wells Fargo and Company:

We at Lyon Stone Trust demand that you honor the collateral credits through the following US Non-Negotiable Promissory Notes pursuant 12 USC 411 and Bond Order Public Policy HJR-192 Administration Procedure Act and 5 USC 706 For Value received Two Hundred and Fifty Thousand Zero hundreds and Zero cents to MONEKA L. YATES Califonia Registrant LYON STONE TRUST(PAYEE), hereby sell, assign and transfer unto, WELLS FARGO BANK and COMPANY MICHAEL P. SANTOMASSIMO Chief Financial Officer at 420 Montgomery Street, San Francisco, California 94104 to credit and/ or transfer to the account number of 9908845986 and PAY TO THE ORDER OF Sean-Johnson:and the account number of 325082831639 routing number 121000358 and PAY TO THE ORDER OF MONEKA L. YATES Bearer LYON STONE TRUST Transfer agent by Registar 104-68-000386 out of the Department of the US Treasury, City of WASHINGTON (DRAWEE), that is to Discount Commercial Paper, from shares out of human Zero Capital Stock Certificates within the state of California, standing in SEAN-LYONS:JOHNSON Private Offset Account 563578614, named Indenture Trustee (Drawer) on the books of said Department of Health, represented by Registered Certificate No.001948961 herewith, and do hereby irrevocably appoint the WELLS FARGO BANK and COMPANY, Michael P. Santomassimo Chief Financial Officer at 420 Montgomery Street, San Francisco, California 94104, and it's to transfer the said human capital stock certificate fund, and others that are issued in the future through Bill of Exchange, Trade Acceptance, or Note pursuant 12 USC 411 and Administration Procedure Act 5 USC 706 Dollar for Dollar are to be placed on the books of the within named Investment Company with full power of substitution in the California Registar 104-68-000386 out of the US Department of the Treasury premises, through this power of Attorney..

We have made the following attempt to resolve the issue: Mailed prior letter on 06/10/2022

We have provided a copy of US Non-Negotiable Promissory Notes with this letter to Support my Claim.

If you fail to honor the collateral credits through the following US Non-Negotiable Promissory Notes pursuant 12 USC 411 and Bond Order Public Policy HJR-192 Administration Procedure Act and 5 USC 706 For Value received Two Hundred and Fifty Thousand Zero hundreds and Zero cents to Sean-Johnson:, and One Hundred Thousand Zero hundreds and Zero cents to MONEKA L. YATES California Registrant LYON STONE TRUST(PAYEE), hereby sell, assign and transfer unto, WELLS FARGO BANK and COMPANY, Michael P. SANTOMASSIMO Chief Financial Officer at 420 Montgomery Street, San Francisco, California 94104 to credit and/ or transfer to the account number of 9908845986 and PAY TO THE ORDER OF Sean-Johnson:and the account number of 325082831639 routing number 121000358 and PAY TO THE ORDER OF MONEKA L. YATES Bearer LYON STONE TRUST Transfer agent by Registar 104-68-000386 out of the Department of the US Treasury, City of WASHINGTON (DRAWEE), that is to Discount Commercial Paper, from shares out of human Capital Stock Certificates within the state of California, standing in SEAN-LYONS:JOHNSON Private Offset Account 563578614, named Indenture Trustee (Drawer) on the books of said Department of Health, represented by Registered Certificate No.001948961 herewith, and do hereby irrevocably appoint the WELLS FARGO BANK and COMPANY, Michael P. Santomassimo Chief Financial Officer at 420 Montgomery Street, San Francisco, California 94104, and it's to transfer the said human capital stock certificate fund, and others that are issued in the future through Bill of Exchange, Trade Acceptance, or Note pursuant 12 USC 411 and Administration Procedure Act 5 USC 706 Dollar for Dollar are to be placed on the books of the within named investment Company with full power of substitution in the California Registar 104-68-000386 out of the US Department of the Treasury premises, through this power of Attorney. within 7 days after this demand letter was mailed, we will be forced to pursue legal action and seek the recovery of any damages and attorneys' fees against you. Any delay or postponement by us in taking any legal action against you should not be construed as a waiver of any of the rights or remedies available. This letter should not be interpreted as an election of remedy. We hereby reserve all available rights and remedies. Additionally, this letter should not be construed as a waiver of any other right, which is not mentioned specifically herein. You are further put on notice to preserve any evidence related to the demand herein. If legal action is pursued, this letter will be presented as evidence in court.

Documentation USPO Registered bond and mailing numbers RE 211 781 776 US for the amount of $ 250,000.00 dated May 9, 2022 and RE 211 781 780 US for the amount of $ 100,000.00 dated May 19,2022 LST invoice number 0001

You may want to contact a lawyer about your legal rights and responsibilities. We hope you will govern yourself accordingly and anticipate full compliance with this demand letter.

Sincerely,

*Sean-Lyons:, Trustor*

Sean-Lyons:, Trustor
Lyon Stone Trust
PO Box 22025
Oakland, California 94623
Email: Lyonstonetrust@gmail.com

*All Rights Reserved*

## ACKNOWLEDGMENT

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of _____ALAMEDA_____ )

On _06/13/2022_ before me, _OLUWATOYIN OMOTOSHO_
                                    NOTARY PUBLIC

personally appeared _Sean-Lyons._
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

```
OLUWATOYIN OMOTOSHO
COMM. # 2336276
NOTARY PUBLIC ● CALIFORNIA
ALAMEDA COUNTY
Comm. Exp. NOV. 17, 2024
```

Signature _____          (Seal)



COPY

HHIA-012519688614-SLJ

CA Registrant Registrar #104-68-000386                    Investment Certified No. 001948961

LYONE STONE TRUST 87-6969734
DBA Sean-Lyons:Johnson- El Indenture Trustee                    ISSUE DATE: May 9, 2022
Po Box 22025,                                                   BOND NUMBER:RE 211 781 776 US
City of Oakland, California 94623                               REGISTERED MAIL NO.RE 211 781 776 US

THE UNITED STATES DEPARTMENT OF THE TREASURY
c/o JANET YELLEN, FIDUCIARY
1500 PENNSYLVANIA AVE NW
WASHINGTON, D.C. 20220

UNITED STATES NON-NEGOTIABLE PROMISSORY NOTE

VALUE: $250,000.00 (Fifty Thousand) US Dollars Accept for Value and Exempt From Levy Deposit to US Treasury
and Charge to WELLS FARGO BANK and COMPANY MICHAEL SANTOMASSIMO(CFO)

Effective immediately ... after date ... we...... promise to pay to WELLS FARGO BANK MICHAEL
SANTOMASSIMO (CFO) at 420 Montgomery Street, San Francisco, California 94104, abridgment of TWO
HUNDRED and FIFTY- THOUSAND- HUNDRED ZERO and zero cents.....United States Note --Dollars, value
received with interest at 3%.

Payable at the U.S. Department of the Treasury  By: Sean-Lyons:Johnson, Bene

POWER OF ATTORNEY

For Value received TWO HUNDRED FIFTY THOUSAND ZERO HUNDRED ZERO and ZERO cents, California
Registrant LYON STONE TRUST (PAYEE), hereby sell, assign and transfer unto, WELLS FARGO BANK,
MICHAEL SANTOMASSIMO Chief Financial Officer at 420 Montgomery Street, San Francisco, California 94104 to
credit and /or transfer to the account number of 9908845986 and PAY TO THE ORDER OF SEAN- JOHNSON:
BEARER transfer agent by Registrar 104-68- 000386 out of the Department of the US treasury, City of
WASHINGTON (DRAWEE), that is to Discount Commercial Paper, from shares out of human capital stock certificates
within the State of California, standing in SEAN-LYONS: JOHNSON Private Offset Account 563578614, named
Indenture Trustee (Drawer) on the books of said Department of Health, represented by Registered Certificate No.
001948961 herewith, and do hereby irrevocably appoint the WELLS FARGO BANK, Micheal Santomassimo Chief
Financial Officer at 420 Montgomery Street, San Francisco, California 94104, and it's to transfer the said human capital
stock certificate fund, and others, that are issued in the future through bill of exchange, trade acceptance, or note
Pursuant 12 USC-411 and Administration Procedure Act and 5, USC 706 Dollar for dollar are to be place on the books
of the within named Investment Company with full power of substitution in the CA  Registrar 104-68-000384 out of the
US DEPARTMENT of theTreasury premises, through this Power of Attorney.

Dated:

LYON STONE ™ TRUST

Sean-Lyons Johnson  By: SEAN-LYONS:JOHNSON ACCOUNT HOLDER

FTC Indenture Trustee/ RE 438 068 414 US REGISTERED LIBER# 24293393



ACCEPTED FOR VALUE & EXEMPT FROM LEVY
FOR MY REMEDY. RELEASE OF THE PROCEEDS, PRODUCTS,
ACCOUNTS, AND FIXTURES TO THE ORDER(S) TO ME
IMMEDIATELY IN THE ACCORDANCE WITH PUBLIC POLICY,
CHAP. 48.48 STAT. UCC 10-104 AND UCC 1-104
EXEMPTION ID #
UCC CONTRACT TRUST ACCT. #
VALUE $                              DATE
SIGNATURE

COPY

CONDITIONAL ACCEPTANCE FOR
VALUE FOR TERM RETURNED WITHOUT
PREJUDICE FOR FAILURE TO
STATE A CLAIM FOR WHICH
RELIEF CAN BE GRANTED

/s/ _Sean Lyons : Johnson_

Executed

COPY

Demand for Lawful Money
Pursuant to 12 USC 411

DEPOSITED FOR CREDIT ON ACCOUNT OR EXCHANGED
FOR NON-REDEEMABLE FEDERAL RESERVE NOTES

LYON SToNE TRUST

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                                  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                                    )
County of _Alameda_____ )
On _March 21, 2022_ before me, _Jane Budesa, Notary Public_
      *Date*                                    *Here Insert Name and Title of the Officer*
personally appeared _Sean Johnson_____
                                *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

                                    I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

                                    WITNESS my hand and official seal.

JANE BUDESA
COMM. #2285554
NOTARY PUBLIC - CALIFORNIA
ALAMEDA COUNTY
My Commission Expires 05/13/2023

                                    Signature _Jane Budesa_____
                                            *Signature of Notary Public*

            *Place Notary Seal Above*
———————————————————— **OPTIONAL** ————————————————————
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____ Document Date: _____
Number of Pages: _____ Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

| Signer's Name: _____ | Signer's Name: _____ |
|---|---|
| ☐ Corporate Officer — Title(s): _____ | ☐ Corporate Officer — Title(s): _____ |
| ☐ Partner — ☐ Limited ☐ General | ☐ Partner — ☐ Limited ☐ General |
| ☐ Individual    ☐ Attorney in Fact | ☐ Individual    ☐ Attorney in Fact |
| ☐ Trustee    ☐ Guardian or Conservator | ☐ Trustee    ☐ Guardian or Conservator |
| ☐ Other: _____ | ☐ Other: _____ |
| Signer Is Representing: _____ | Signer Is Representing: _____ |

# COPY

HHIA-012519688614-SLJ
CA Registrant Registrar #104-68-000386
LYONE STONE TRUST 87-6969734

Investment Certified No. 001948961

DBA Sean-Lyons:Johnson- El Indenture Trustee
Po Box 22025,
City of Oakland, California 94623

LST.BOND INVOICE NUMBER OF RECORD 0001
Issue Date: May 15,2022
Registered US Bond Number: RE 211 781 780 US
Registered Mail NO. RE 211 781 780 US

THE UNITED STATES DEPARTMENT OF THE TREASURY
% JANET YELLEN, FIDUCIARY
1500 PENNSYLVANIA AVE NW
WASHINGTON DC 20220

## UNITED STATES NON-NEGOTIABLE PROMISSORY NOTE
### PURSUANT 12 USC 411

VALUE: $100,000.00(One Hundred Thousand) US Dollars Accept for value and Exempt From Levy Deposit
to US Treasury and Charge to Wells Fargo Bank and Company MICHAEL P. SANTOMASSIMO(CFO)

Effective immediately … after date … we ….. Promise to pay to WELLS FARGO BANK and COMPANY
MICHAEL P. SANTOMASSIMO(CFO) at 420 Montgomery Street, San Francisco, California 94104
abridgment of One Hundred Thousand Zero and Zero cents…….United States Note –Dollars, value received
with interest at 3%.

Payable at the US Department of the Treasury By: Sean-Lyons:Johnson, Bene
...................................................................................................
Bond Order
Administration Procedure Act and 5 USC 706

For Value received One Hundred Thousand Zero hundreds and Zero cents, California Registrant LYON
STONE TRUST(PAYEE), hereby sell, assign and transfer unto, WELLS FARGO BANK and COMPANY
MICHAEL P. SANTOMASSIMO Chief Financial Officer at 420 Montgomery Street, San Francisco, California
94104 to credit and/ or transfer to the account number of 325082831639  routing number 121000358 and PAY
TO THE ORDER OF MONEKA L. YATES BEARER LYON STONE TRUST  Transfer agent by Registar 104-
68-000386 out of the Department of the US Treasury, City of WASHINGTON (DRAWEE), that is to Discount
Commercial Paper, from shares out of human Capital Stock Certificates within the state of California, standing
in SEAN-LYONS:JOHNSON Private Offset Account 563578614, named Indenture Trustee (Drawer) on the
books of said Department of Health, represented by Registered Certificate No.001948961 herewith, and do
hereby irrevocably appoint the WELLS FARGO BANK and COMPANY, Michael P. Santomassimo Chief
Financial Officer at 420 Montgomery Street, San Francisco, California 94104, and it's to transfer the said
human capital stock certificate fund, and others that are issued in the future through Bill of Exchange, Trade
Acceptance, or Note pursuant 12 USC 411 and Administration Procedure Act 5 USC 706 Dollar for Dollar are
to be placed on the books of the within named investment Company with full power of substitution in the
California Registar 104-68-000386 out of the US Department of the Treasury premises, through this power of
Attorney.

Dated:

LYON STONE TM TRUST

_____BY: SEAN-LYONS:JOHNSON ACCOUNT HOLDER

FTC Indenture Trustee/ RE 438 068 414 US REGISTERED LIBER NO.24293393



COPY

ACCEPTED FOR VALUE & HONOR EXEMPT FROM LEVY
FOR MY REMEDY, RELEASE OF THE PROCEEDS, PRODUCTS,
ACCOUNTS, AND FIXTURES IN THE ORDER(S) TO ME
IMMEDIATELY IN THE ACCORDANCE WITH PUBLIC POLICY,
CHAP. 48, 48 STAT 112, 31-10-104 AND UCC 1-104
EXEMPTION ID # _____ __ DATE _____
UCC CONTRACT TRUST ACCT. #
VALUE #

CONDITIONAL ACCEPTANCE WITHOUT
VALUE FOR FAILURE TO
PREJUDICE FOR WHICH
STATE A CLAIM FOR WHICH
RELIEF CAN BE GRANTED

COPY

/S/ _____
Executed _____

Demand for Lawful Money
Pursuant to 12 USC S 411

DEPOSITED FOR CREDIT ON ACCOUNT OR EXCHANGED
FOR NON-REDEEMABLE FEDERAL RESERVE NOTES

"special private endorsement"

Endorsement

## Form 1099-C (top)

CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

| 2 Amount of debt discharged $ | **2021** | **Cancellation of Debt** |
|---|---|---|
| 3 Interest, if included in box 2 $ | Form **1099-C** | |

| CREDITOR'S TIN | DEBTOR'S TIN | 4 Debt description | **Copy B** **For Debtor** |
|---|---|---|---|

DEBTOR'S name

Street address (including apt. no.)

City or town, state or province, country, and ZIP or foreign postal code

5 If checked, the debtor was personally liable for repayment of the debt . . . . . . ▶ ☑

| Account number (see instructions) | 6 Identifiable event code | 7 Fair market value of property $ |
|---|---|---|

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported.

Form **1099-C**   (keep for your records)   www.irs.gov/Form1099C   Department of the Treasury - Internal Revenue Service

---

## Form 1099-C (middle)

☐ CORRECTED (if checked)

CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

| 1 Date of identifiable event | OMB No. 1545-1424 | |
|---|---|---|
| 2 Amount of debt discharged $ | **2021** | **Cancellation of Debt** |
| 3 Interest, if included in box 2 $ | Form **1099-C** | |

| CREDITOR'S TIN | DEBTOR'S TIN | 4 Debt description | **Copy B** **For Debtor** |
|---|---|---|---|

DEBTOR'S name

Street address (including apt. no.)

City or town, state or province, country, and ZIP or foreign postal code

5 If checked, the debtor was personally liable for repayment of the debt . . . . . . ▶ ☑

| Account number (see instructions) | 6 Identifiable event code | 7 Fair market value of property $ |
|---|---|---|

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported.

Form **1099-C**   (keep for your records)   www.irs.gov/Form1099C   Department of the Treasury - Internal Revenue Service

---

## Form 1099-C (bottom)

☐ CORRECTED (if checked)

CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

| 1 Date of identifiable event | OMB No. 1545-1424 | |
|---|---|---|
| 2 Amount of debt discharged $ | **2021** | **Cancellation of Debt** |
| 3 Interest, if included in box 2 $ | Form **1099-C** | |

| CREDITOR'S TIN | DEBTOR'S TIN | 4 Debt description | **Copy B** **For Debtor** |
|---|---|---|---|

DEBTOR'S name

Street address (including apt. no.)

City or town, state or province, country, and ZIP or foreign postal code

5 If checked, the debtor was personally liable for repayment of the debt . . . . . . ▶ ☐

| Account number (see instructions) | 6 Identifiable event code | 7 Fair market value of property $ |
|---|---|---|

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported.

Form **1099-C**   (keep for your records)   www.irs.gov/Form1099C   Department of the Treasury - Internal Revenue Service