1 Your name: SEAN-LYONS: JOHNSON
2 Address: PO BOX 22025 OAKLAND CA
3 94623
4 Phone Number: 510-626-5828
5 E-mail Address: aniishione@gmail.com
6 Pro se

**FILED**
JUL 26 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☐ San Francisco ☑ Oakland ☐ San Jose ☐ Eureka

SEAN-LYONS: JOHNSON Bene

Plaintiff,

vs.

WELLS FARGO., et al.

Defendant.

Case Number: 4:22-CV-06783-DMR

**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO CHANGE DEADLINE FOR FILING** [document title]

Judge: Hon. DONNA M. RYU

MOTION TO CHANGE DEADLINE FOR FILING

CASE NO. _____; PAGE ___ OF 3 [JDC TEMPLATE Rev.2017]

1. The [title of document] **IFP FIRST AMENDMENT COMPLAINT ORDER**

   is currently due on [date] **JULY 31, 2023**

2. I respectfully request that the Court change this deadline to [new date] **MON AUGUST 30 2023**

3. I have [check box that applies]:

   ☒ not already asked the Court to change this deadline.

   ☐ already asked the Court to change this deadline.

4. This change is necessary because [explain]:

   **FEDERAL PRO BONO PROJECTS WILL NOT BE ABLE TO ASSIST ME WITH CASE NUMBER 4:22-CV-06783-DMR UNTIL MONDAY, AUGUST 14, At 3:45 pm DUE TO HEAVY CASE LOADS (Please See E-MAIL)**

5. I believe changing this deadline [check one]:

   ☒ will not affect any other deadlines.

   ☐ may affect these other deadlines and dates [list anything else that may need to be rescheduled, such as a hearing related to the papers need to file]:

6. The opposing side [check box that applies and explain]:

   ☐ has agreed to this change.

   ☒ has not agreed. I tried to obtain the opposing party's agreement to this change,

MOTION TO CHANGE DEADLINE FOR FILING

CASE NO. _____ ; PAGE ___ OF 3 [JDC TEMPLATE Rev.2017]

but was unsuccessful. *[State who you tried to reach, when, and the person's response]*:

I, SEAN-LYONS: JOHNSON HAVE NOT REACHED OUT TO ANY-ONE REGARDING THIS CHANGE, SO I DO NOT KNOW IF THEY AGREE OR DISAGREE

I declare under penalty of perjury that the above statements are true and correct.

Respectfully submitted,

Date: 07-26-2023   Signature: Sean-Lyons: Johnson

Printed name: SEAN-LYONS: JOHNSON

Pro Se

*[Do not write below this line]*

**Good cause appearing, the motion is GRANTED. Plaintiff must file a first amended complaint by August 30, 2023.**

~~Good cause appearing, the motion is GRANTED. The Case Management Conference is rescheduled to *[date]* _____ at *[time]* _____.~~

IT IS SO ORDERED.

Date: 7/28/2023   *[For Judge]* _____

*[Judge's name]* **Donna M. Ryu**
~~United States District/Magistrate Judge~~
**Chief Magistrate Judge**

MOTION TO CHANGE DEADLINE FOR FILING

CASE NO. _____ ; PAGE ___ OF 3 *[JDC TEMPLATE Rev.2017]*